# UNITED STATES BANKRUPTCY COURT

## WESTERN  DISTRICT OF  WASHINGTON

In Re. B-1208 Pine, LLC

§
§
§
§

Debtor(s)

Case No.  24-10088

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2024

Petition Date: 01/16/2024

Months Pending: 8

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:          Accrual Basis ⊙          Cash Basis ○

Debtor's Full-Time Employees (current):                                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Richard B. Keeton

Signature of Responsible Party

10/08/2024

Date

Richard B. Keeton

Printed Name of Responsible Party

Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  B-1208 Pine, LLC                                   Case No.  24-10088

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,185,438 | |
| b. Total receipts (net of transfers between accounts) | $431,062 | $1,378,394 |
| c. Total disbursements (net of transfers between accounts) | $97,552 | $942,308 |
| d. Cash balance end of month (a+b-c) | $1,518,948 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $97,552 | $942,308 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $92,279 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $23,391 |
| c. Inventory  (Book ◉  Market ○  Other ○  (attach explanation)) | $0 |
| d. Total current assets | $4,186,153 |
| e. Total assets | $43,698,518 |
| f. Postpetition payables (excluding taxes) | $52,484 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $52,484 |
| k. Prepetition secured debt | $38,660,000 |
| l. Prepetition priority debt | $134,334 |
| m. Prepetition unsecured debt | $7,076,181 |
| n. Total liabilities (debt) (j+k+l+m) | $45,922,999 |
| o. Ending equity/net worth (e-n) | $-2,224,481 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $226,619 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $226,619 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $54,712 | |
| f. Other expenses | $10,993 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $50,000 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $110,914 | $809,684 |

Debtor's Name  B-1208 Pine, LLC                                    Case No.  24-10088

## Part 5:  Professional Fees and Expenses

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $79,071 | $0 | $79,071 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |
|   | Firm Name | Role |   |   |   |
| i | Bush Kornfeld LLP | Lead Counsel | $0 | $79,071 | $0 | $79,071 |
| ii |   |   |   |   |   |   |
| iii |   |   |   |   |   |   |
| iv |   |   |   |   |   |   |
| v |   |   |   |   |   |   |
| vi |   |   |   |   |   |   |
| vii |   |   |   |   |   |   |
| viii |   |   |   |   |   |   |
| ix |   |   |   |   |   |   |
| x |   |   |   |   |   |   |
| xi |   |   |   |   |   |   |
| xii |   |   |   |   |   |   |
| xiii |   |   |   |   |   |   |
| xiv |   |   |   |   |   |   |
| xv |   |   |   |   |   |   |
| xvi |   |   |   |   |   |   |
| xvii |   |   |   |   |   |   |
| xviii |   |   |   |   |   |   |
| xix |   |   |   |   |   |   |
| xx |   |   |   |   |   |   |
| xxi |   |   |   |   |   |   |
| xxii |   |   |   |   |   |   |
| xxiii |   |   |   |   |   |   |
| xxiv |   |   |   |   |   |   |
| xxv |   |   |   |   |   |   |
| xxvi |   |   |   |   |   |   |
| xxvii |   |   |   |   |   |   |
| xxviii |   |   |   |   |   |   |
| xxix |   |   |   |   |   |   |
| xxx |   |   |   |   |   |   |
| xxxi |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii |   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |

Debtor's Name  B-1208 Pine, LLC                                    Case No.  24-10088

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  B-1208 Pine, LLC                                   Case No.  24-10088

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

|   | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | Other | | $0 | $0 |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name  B-1208 Pine, LLC                              Case No.  24-10088

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  B-1208 Pine, LLC                                    Case No.  24-10088

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  B-1208 Pine, LLC                                    Case No.  24-10088

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $11,168 | $142,620 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |

i. Do you have:
- Worker's compensation insurance?  Yes ○  No ⦿
  - If yes, are your premiums current?  Yes ○  No ○  N/A ⦿  (if no, see Instructions)
- Casualty/property insurance?  Yes ⦿  No ○
  - If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)
- General liability insurance?  Yes ⦿  No ○
  - If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

| | | | |
|---|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ⦿  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

Debtor's Name  B-1208 Pine, LLC                                           Case No.  24-10088

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

Signed by:

*James Wong*
D71AA18DB2B547C...

_____                    James H. Wong
Signature of Responsible Party                       Printed Name of Responsible Party

Manager                                              10/08/2024
_____                    _____
Title                                                Date

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



PageThree



PageFour

Roystone on Queen Anne
Statement of Cash Receipts & Disbursements
8/1/2024-8/31/2024

| Receipts | Current Month | Cumulative |
|---|---:|---:|
| Lease and Rental Income | 143,103.43 | 355,245.05 |
| Tenant Deposits | 2,000.00 | 5,228.68 |
| Vendor Credit | 319.00 | 962.50 |
| Professional Fees Payment Returned | - | 23,600.00 |
| **Total** | **145,422.43** | **385,036.23** |

| Disbursements | Current Month | Cumulative |
|---|---:|---:|
| Checks | 20,368.01 | 110,188.67 |
| ACH | 19,476.15 | 45,385.38 |
| Wire | 65,000.00 | 130,000.00 |
| Service Fee | 31.00 | 68.40 |
| **Total** | **104,875.16** | **285,642.45** |

## Check Register

For Period = August 2024

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-2783 | 11254 | 08/2024 | 8/5/2024 | Apartments LLC (v0000032) | p0000009 | | 1,520.00 | 203 | |
| K-2784 | 11254 | 08/2024 | 8/5/2024 | CenturyLink (v0000142) | p0000009 | | 265.94 | 204 | |
| K-2785 | 11254 | 08/2024 | 8/5/2024 | CenturyLink (v0000142) | p0000009 | | 266.39 | 205 | |
| K-2786 | 11254 | 08/2024 | 8/5/2024 | Peak Insurance Advisors, LLC (v0000022) | p0000009 | | 39.21 | 206 | |
| K-2787 | 11254 | 08/2024 | 8/5/2024 | Protection & Communications, Inc. (v... | p0000009 | | 695.21 | 207 | |
| K-2788 | 11254 | 08/2024 | 8/5/2024 | Puget Sound Energy (v0000003) | p0000009 | | 987.53 | 208 | |
| K-2789 | 11254 | 08/2024 | 8/5/2024 | RASI Entity Staffing,LLC (rasi) | p0000009 | | 2,100.00 | 209 | |
| K-2790 | 11254 | 08/2024 | 8/5/2024 | RASI Entity Staffing,LLC (rasi) | p0000009 | | 2,100.00 | 210 | |
| K-2791 | 11254 | 08/2024 | 8/5/2024 | RentGrow, Inc. (v0000080) | p0000009 | | 24.00 | 211 | |
| K-2792 | 11254 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 180.00 | 212 | |
| K-2793 | 11254 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 150.00 | 213 | |
| K-2794 | 11254 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 150.00 | 214 | |
| K-2795 | 11254 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 180.00 | 215 | |
| K-2796 | 11254 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 2,650.00 | 216 | |
| K-2797 | 11254 | 08/2024 | 8/5/2024 | Vertex Pronperty Maintenance,LLC (ve... | p0000009 | | 3,250.00 | 217 | |
| K-2798 | 11254 | 08/2024 | 8/5/2024 | Vibrant Cities (v0000136) | p0000009 | | 5,000.00 | 218 | |
| K-2799 | 11254 | 08/2024 | 8/5/2024 | Vibrant Cities (v0000136) | p0000009 | | 6,857.00 | 219 | |
| K-2800 | 11254 | 08/2024 | 8/5/2024 | YARDI SYSTEMS, INC. (v0000146) | p0000009 | | 20.00 | 220 | |
| K-2801 | 11254 | 08/2024 | 8/5/2024 | Zillow, Inc. (v0000008) | p0000009 | | 295.00 | 221 | |
| K-2805 | 11255 | 08/2024 | 8/5/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 81.64 | 34 | |
| K-2806 | 11255 | 08/2024 | 8/5/2024 | Super Sonic Cleaning Service LLC (v... | p0000009 | | 180.00 | 35 | |
| K-2809 | 11257 | 08/2024 | 8/9/2024 | Fernandez (t0000259) | p0000009 | | 346.76 | 223 | |
| K-2810 | 11257 | 08/2024 | 8/9/2024 | Aboutalebi (t0000395) | p0000009 | | 134.31 | 224 | |
| K-2811 | 11257 | 08/2024 | 8/9/2024 | Weldon (t0000863) | p0000009 | | 10.31 | 225 | |
| K-2812 | 11257 | 08/2024 | 8/9/2024 | Forslund (t0000260) | p0000009 | | 500.00 | 226 | |
| K-2813 | 11257 | 08/2024 | 8/9/2024 | Lay (t0000243) | p0000009 | | 500.00 | 227 | |
| K-2814 | 11257 | 08/2024 | 8/9/2024 | Ajmeera (t0000363) | p0000009 | | 25.75 | 228 | |
| K-2815 | 11257 | 08/2024 | 8/9/2024 | Motto (t0000333) | p0000009 | | 700.00 | 229 | |
| K-2816 | 11257 | 08/2024 | 8/9/2024 | Tan (t0001095) | p0000009 | | 345.00 | 230 | |
| K-2817 | | 08/2024 | 8/9/2024 | Tan (t0001095) | p0000009 | | -345.00 | 230 | |
| K-2818 | 11258 | 08/2024 | 8/9/2024 | Tan (t0001095) | p0000009 | | 345.00 | 231 | |
| K-2867 | 11264 | 08/2024 | 8/14/2024 | Amazon Capital Services (amzn_cap) | p0000009 | | 51.93 | 232 | |
| K-2868 | 11264 | 08/2024 | 8/14/2024 | City of Seattle (v0000004) | p0000009 | | 2,328.82 | 233 | |
| K-2869 | 11264 | 08/2024 | 8/14/2024 | City of Seattle (v0000005) | p0000009 | | 14,014.28 | 234 | |
| K-2870 | 11264 | 08/2024 | 8/14/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | 91.36 | 235 | |
| K-2871 | 11264 | 08/2024 | 8/14/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | 123.27 | 236 | |
| K-2872 | 11264 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000021 | | 19.84 | 237 | |
| K-2873 | 11264 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 77.21 | 238 | |
| K-2874 | 11264 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 494.37 | 239 | |
| K-2875 | 11264 | 08/2024 | 8/14/2024 | Submeter Solutions (v0000118) | p0000009 | | 406.50 | 240 | |
| K-2876 | 11265 | 08/2024 | 8/14/2024 | Onelin Capital Corporation (v0000034) | p0000009 | | 3,666.71 | 36 | |
| K-2877 | 11265 | 08/2024 | 8/14/2024 | Onelin Capital Corporation (v0000034) | p0000009 | | 48.33 | 37 | |

## Check Register

For Period = August 2024

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-2878 | 11265 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 62.77 38 | | |
| K-2879 | 11265 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 22.24 39 | | |
| K-2880 | 11265 | 08/2024 | 8/14/2024 | Ori Residential, Inc. (v0000074) | p0000009 | | 15.21 40 | | |
| K-2881 | 11266 | 08/2024 | 8/14/2024 | Zillow, Inc. (v0000008) | p0000009 | | 295.00 241 | | |
| K-2942 | | 08/2024 | 8/15/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | -123.27 236 | | bill pay not set up |
| K-2943 | | 08/2024 | 8/15/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | -91.36 235 | | bill pay not set up |
| K-2944 | 11275 | 08/2024 | 8/15/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | 91.36 242 | | |
| K-2945 | 11275 | 08/2024 | 8/15/2024 | HD Supply Facilities Maintenance,Ltd (hd) | p0000009 | | 123.27 243 | | |
| K-2947 | | 08/2024 | 8/16/2024 | Amazon Capital Services (amzn_cap) | p0000009 | | -51.93 232 | | |
| K-2959 | 11276 | 08/2024 | 8/16/2024 | Amazon Capital Services (amzn_cap) | p0000009 | | 51.93 244 | | |
| K-3012 | | 08/2024 | 8/9/2024 | Aboutalebi (t0000395) | p0000009 | | -134.31 224 | | Pmt expired - not sent - due to address... |
| K-3050 | 11298 | 08/2024 | 8/28/2024 | Amazon Capital Services (amzn_cap) | p0000009 | | 41.38 245 | | |
| | | | | | | **Total** | 51,178.96 | | |

09/19/24
Accrual Basis

## e Esker LLC
# Balance Sheet
### As of August 31, 2024

| | Aug 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | 1,527,536.58 |
| **Other Current Assets** | |
| **Accounts Receivable** | 92,279.19 |
| **11400 · Prepaid Expenses** | |
| **11401 · Prepaid Expense** | 27,412.09 |
| **11404 · Escrow-Insurance Reserve** | 21,063.75 |
| **11406 · Escrow-Tax Reserve** | 145,851.27 |
| **Total 11400 · Prepaid Expenses** | 194,327.11 |
| **11601 · Cash Collateral - Rate Cap** | 900,000.00 |
| **11700 · Interest Reserve** | 426,298.35 |
| **11800 · Construction Reserve - HC** | 843,211.84 |
| **11900 · Construction Reserve - SC** | 202,500.00 |
| **Total Other Current Assets** | 2,658,616.49 |
| **Total Current Assets** | 4,186,153.07 |
| **Fixed Assets** | |
| **12100 · Land** | 7,250,000.00 |
| **12200 · Building** | 41,632,960.50 |
| **12250 · Building Improvements** | 183,036.00 |
| **12275 · Tenant Improvements** | 100,100.00 |
| **12910 · Accumulated Depreciation** | -10,029,463.00 |
| **Total Fixed Assets** | 39,136,633.50 |
| **Other Assets** | |
| **14000 · Loan Origination Costs** | 375,731.74 |
| **Total Other Assets** | 375,731.74 |
| **TOTAL ASSETS** | **43,698,518.31** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **21100 · Accounts Payable** | 124,126.96 |
| **Total Accounts Payable** | 124,126.96 |
| **Other Current Liabilities** | |
| **21020 · Accrued Expense** | |
| **Accrued Construction Costs** | 2,658,329.21 |
| **Accrued Debt Interest (SOFR)** | 1,414,094.06 |
| **Accrued Interest Payable** | 125,555.56 |
| **Accrued Property Tax** | 142,619.97 |
| **21020 · Accrued Expense - Other** | 5,764.94 |
| **Total 21020 · Accrued Expense** | 4,346,363.74 |
| **21150 · Tenant Security Deposits** | 64,101.66 |
| **21250 · Loan from Solterra LLC** | 871,111.00 |
| **21260 · Loan from Omar Lee** | 4,000,000.00 |
| **21270 · Loan from Wei Li** | 2,660,000.00 |

Case 24-10088-CMA    Doc 184    Filed 10/11/24    Ent. 10/11/24 15:50:16    Pg. 16 of 47

**09/19/24**
**Accrual Basis**

# e Esker LLC
# Balance Sheet
### As of August 31, 2024

|  | Aug 31, 24 |
|---|---|
| **21450 · Prepaid Rent - Residential** | 32,709.66 |
| **Total Other Current Liabilities** | 11,974,286.06 |
| **Total Current Liabilities** | 12,098,413.02 |
| **Long Term Liabilities** | |
| **21210 · Interest Payable (Pref Equity)** | 1,917,988.27 |
| **22400 · Madison Loan** | 32,000,000.00 |
| **Total Long Term Liabilities** | 33,917,988.27 |
| **Total Liabilities** | 46,016,401.29 |
| **Equity** | |
| **32000 · Member Eqty** | |
| **32001 · Distributions (Current Year)** | -101,395.48 |
| **32000 · Member Eqty - Other** | -5,288,566.48 |
| **Total 32000 · Member Eqty** | -5,389,961.96 |
| **33000 · Preferred Equity** | 3,602,025.00 |
| **36000 · Retained Earnings** | -1,277,058.00 |
| **Net Income** | 747,111.98 |
| **Total Equity** | -2,317,882.98 |
| **TOTAL LIABILITIES & EQUITY** | 43,698,518.31 |

**09/19/24**
**Accrual Basis**

e Esker LLC
# Profit & Loss
### August 2024

|  | Aug 24 |
|---|---|
| **Net Operating Income / Loss** | |
| **Income** | |
| **40000 · Rental Income** | |
| **40002 · Base Rent Income-Residential** | 234,762.13 |
| **40003 · Less Vacancies** | -17,098.04 |
| **40004 · Concessions** | -9,525.00 |
| **Total 40000 · Rental Income** | 208,139.09 |
| **42000 · Other Rental Income** | |
| **42001 · Application Fee** | 700.00 |
| **42004 · Late Fee** | 150.00 |
| **42005 · Lease Term Related Income** | 3,300.00 |
| **42008 · Parking Rent** | 5,399.35 |
| **42009 · Pet Rent** | 235.00 |
| **42011 · Utilities Income** | 6,159.97 |
| **42015 · Misc Income** | 2,535.13 |
| **Total 42000 · Other Rental Income** | 18,479.45 |
| **Total Income** | 226,618.54 |
| **Expense** | |
| **Residential Payroll** | 13,088.33 |
| **Sales and Marketing Expense** | 3,773.76 |
| **Rental G&A Expenses** | 2,825.15 |
| **Property Management** | 3,399.34 |
| **Tenant Turnover** | 380.00 |
| **Repairs and Maintenance** | 4,518.79 |
| **CAM Expenses** | 178.52 |
| **Utilities** | 10,804.68 |
| **Insurance** | 4,575.00 |
| **Property Taxes** | 11,168.13 |
| **Total Expense** | 54,711.70 |
| **Total Net Operating Income / Loss** | 171,906.84 |
| **Non-Operating  Income / Loss** | |
| **Other Income** | 27.50 |
| **Other Expense** | 61,020.50 |
| **Net Other Income** | -60,993.00 |
| **Net Income** | **110,913.84** |

## Aged Receivables

Age As Of: 08/31/2024  Post To: 08/2024

| Property | Unit | Name | Total | 0-30 | 31-60 | 61-90 | Over 90 | Prepays | Balance |
|----------|------|------|-------|------|-------|-------|---------|---------|---------|
| | | | Unpaid | days | days | days | days | | |
| | | **Charges** | | | | | | | |
| Pivot Apartments | 1206 | Dominguez (Past) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -16,666.66 | -16,666.66 |
| Pivot Apartments | 410 | Senthilkumar (Current) | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Pivot Apartments | 412 | Parker (Past) | 101.40 | 0.00 | 101.40 | 0.00 | 0.00 | 0.00 | 101.40 |
| Pivot Apartments | 412 | Galang (Current) | 482.25 | 482.25 | 0.00 | 0.00 | 0.00 | 0.00 | 482.25 |
| Pivot Apartments | 414 | Fischer (Current) | 86.91 | 86.91 | 0.00 | 0.00 | 0.00 | 0.00 | 86.91 |
| Pivot Apartments | 415 | Aljaz (Current) | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Pivot Apartments | 416 | Bajaj (Current) | 6.84 | 6.84 | 0.00 | 0.00 | 0.00 | 0.00 | 6.84 |
| Pivot Apartments | 417 | Brien (Current) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,226.00 | -2,226.00 |
| Pivot Apartments | 418 | Pacheco (Notice) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,850.00 | -2,850.00 |
| Pivot Apartments | 419 | Tian (Past) | 269.63 | 269.63 | 0.00 | 0.00 | 0.00 | 0.00 | 269.63 |
| Pivot Apartments | 420 | Kothari (Past) | 70.58 | 0.00 | 0.00 | 0.00 | 70.58 | 0.00 | 70.58 |
| Pivot Apartments | 420 | Singh (Past) | 84.73 | 84.73 | 0.00 | 0.00 | 0.00 | 0.00 | 84.73 |
| Pivot Apartments | 421 | Masood (Past) | 14,350.00 | 0.00 | 0.00 | 0.00 | 14,350.00 | 0.00 | 14,350.00 |
| Pivot Apartments | 510 | Shalyn (Current) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,990.00 | -1,990.00 |
| Pivot Apartments | 512 | Kissinger (Past) | 3,527.38 | 0.00 | 0.00 | 0.00 | 3,527.38 | 0.00 | 3,527.38 |
| Pivot Apartments | 512 | Minkov-Temis (Current) | -490.00 | -490.00 | 0.00 | 0.00 | 0.00 | 0.00 | -490.00 |
| Pivot Apartments | 514 | Kissimbo (Current) | 1,836.00 | 1,836.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,836.00 |
| Pivot Apartments | 515 | Fleming (Notice) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,040.00 | -2,040.00 |
| Pivot Apartments | 516 | Nayar (Past) | 185.74 | 0.00 | 0.00 | 0.00 | 185.74 | 0.00 | 185.74 |
| Pivot Apartments | 516 | Cruz Ramos (Past) | 158.81 | 0.00 | 0.00 | 0.00 | 158.81 | 0.00 | 158.81 |
| Pivot Apartments | 516 | Richards (Current) | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| Pivot Apartments | 517 | Cardinale (Current) | -150.00 | -150.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 |
| Pivot Apartments | 518 | Hu (Current) | -138.54 | -138.54 | 0.00 | 0.00 | 0.00 | 0.00 | -138.54 |
| Pivot Apartments | 520 | Saliyev (Past) | 25.07 | 0.00 | 0.00 | 0.00 | 25.07 | 0.00 | 25.07 |
| Pivot Apartments | 520 | Chen (Past) | 19.01 | 19.01 | 0.00 | 0.00 | 0.00 | 0.00 | 19.01 |
| Pivot Apartments | 521 | Chen (Current) | -220.00 | -220.00 | 0.00 | 0.00 | 0.00 | -1,227.00 | -1,447.00 |
| Pivot Apartments | 610 | Gunadhi (Current) | 44.49 | 44.49 | 0.00 | 0.00 | 0.00 | 0.00 | 44.49 |
| Pivot Apartments | 611 | Twitchell (Past) | 100.85 | 0.00 | 0.00 | 0.00 | 100.85 | 0.00 | 100.85 |
| Pivot Apartments | 611 | Lei Chen (Current) | -800.00 | -800.00 | 0.00 | 0.00 | 0.00 | -1,865.00 | -2,665.00 |
| Pivot Apartments | 612 | Cassavetis (Current) | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | -1,450.00 | -1,650.00 |
| Pivot Apartments | 613 | Lim (Past) | 39.26 | 39.26 | 0.00 | 0.00 | 0.00 | 0.00 | 39.26 |
| Pivot Apartments | 614 | Lopez (Past) | 3,639.65 | 0.00 | 0.00 | 0.00 | 3,639.65 | 0.00 | 3,639.65 |
| Pivot Apartments | 614 | KIM (Current) | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| Pivot Apartments | 615 | Schwarz (Current) | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| Pivot Apartments | 616 | Blocker (Current) | 667.37 | 667.37 | 0.00 | 0.00 | 0.00 | 0.00 | 667.37 |
| Pivot Apartments | 617 | Stegmann-Taylor (Current) | 156.10 | 156.10 | 0.00 | 0.00 | 0.00 | 0.00 | 156.10 |
| Pivot Apartments | 618 | Danquah (Past) | -513.60 | -513.60 | 0.00 | 0.00 | 0.00 | 0.00 | -513.60 |
| Pivot Apartments | 620 | Kothari (Past) | 41.91 | 41.91 | 0.00 | 0.00 | 0.00 | 0.00 | 41.91 |

## Aged Receivables

Age As Of: 08/31/2024  Post To: 08/2024

| Property | Unit | Name | Total | 0-30 | 31-60 | 61-90 | Over 90 | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Unpaid | days | days | days | days | |
| | | | | | Charges | | | | |
| Pivot Apartments | 620 | Thakur (Current) | -3,300.00 | -3,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,300.00 |
| Pivot Apartments | 621 | Fauatea (Current) | 83.49 | 83.49 | 0.00 | 0.00 | 0.00 | 0.00 | 83.49 |
| Pivot Apartments | 622 | Nemenzo (Current) | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| Pivot Apartments | 710 | Elhubishi (Past) | 58.35 | 58.35 | 0.00 | 0.00 | 0.00 | 0.00 | 58.35 |
| Pivot Apartments | 710 | Li (Current) | -746.45 | -746.45 | 0.00 | 0.00 | 0.00 | -750.00 | -1,496.45 |
| Pivot Apartments | 712 | Castaneda (Current) | 37.67 | 37.67 | 0.00 | 0.00 | 0.00 | 0.00 | 37.67 |
| Pivot Apartments | 714 | Chinchilla (Current) | -10.00 | -10.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 |
| Pivot Apartments | 715 | Jiang (Notice) | 735.48 | 735.48 | 0.00 | 0.00 | 0.00 | 0.00 | 735.48 |
| Pivot Apartments | 716 | Verma (Past) | 736.43 | 0.00 | 0.00 | 0.00 | 736.43 | 0.00 | 736.43 |
| Pivot Apartments | 716 | Ujoodha (Current) | 29.44 | 29.44 | 0.00 | 0.00 | 0.00 | 0.00 | 29.44 |
| Pivot Apartments | 717 | Chen (Current) | 8.63 | 8.63 | 0.00 | 0.00 | 0.00 | 0.00 | 8.63 |
| Pivot Apartments | 718 | Gallegos (Current) | 470.16 | 470.16 | 0.00 | 0.00 | 0.00 | 0.00 | 470.16 |
| Pivot Apartments | 718 | McKean (Past) | 227.35 | 0.00 | 0.00 | 0.00 | 227.35 | 0.00 | 227.35 |
| Pivot Apartments | 718 | Kawano Mori (Past) | 65.58 | 65.58 | 0.00 | 0.00 | 0.00 | 0.00 | 65.58 |
| Pivot Apartments | 720 | Odetayo (Past) | 167.35 | 167.35 | 0.00 | 0.00 | 0.00 | 0.00 | 167.35 |
| Pivot Apartments | 721 | Tiwari (Current) | -390.25 | -390.25 | 0.00 | 0.00 | 0.00 | 0.00 | -390.25 |
| Pivot Apartments | 722 | Azhar (Past) | 265.91 | 0.00 | 0.00 | 0.00 | 265.91 | 0.00 | 265.91 |
| Pivot Apartments | 722 | Gutterud (Current) | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| Pivot Apartments | 810 | Nene (Current) | 891.97 | 891.97 | 0.00 | 0.00 | 0.00 | 0.00 | 891.97 |
| Pivot Apartments | 811 | Galang (Past) | 28.12 | 28.12 | 0.00 | 0.00 | 0.00 | 0.00 | 28.12 |
| Pivot Apartments | 814 | Coleman (Current) | -117.33 | -117.33 | 0.00 | 0.00 | 0.00 | 0.00 | -117.33 |
| Pivot Apartments | 815 | TORRE (Current) | 67.90 | 67.90 | 0.00 | 0.00 | 0.00 | 0.00 | 67.90 |
| Pivot Apartments | 816 | Kappler (Current) | -137.48 | -137.48 | 0.00 | 0.00 | 0.00 | 0.00 | -137.48 |
| Pivot Apartments | 817 | Lalanne (Current) | 2,437.39 | 2,340.84 | 10.00 | 86.55 | 0.00 | 0.00 | 2,437.39 |
| Pivot Apartments | 818 | Elgalb (Current) | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Pivot Apartments | 819 | Habach (Current) | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | 0.00 | -200.00 |
| Pivot Apartments | 820 | Beach (Current) | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| Pivot Apartments | 821 | Shi (Current) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,645.00 | -1,645.00 |
| Pivot Apartments | 822 | Patterson (Past) | 103.12 | 0.00 | 0.00 | 0.00 | 103.12 | 0.00 | 103.12 |
| Pivot Apartments | 822 | de Crespigny (Current) | -58.62 | -58.62 | 0.00 | 0.00 | 0.00 | 0.00 | -58.62 |
| **Pivot Apartments** | | | **23,516.05** | **-72.78** | **111.40** | **86.55** | **23,390.89** | **-32,709.66** | **-9,193.61** |
| | | | | | | | | | |
| Pivot (Retails) | 1202 | Wasabi Sushi Sea (Current) | 21,334.29 | 765.96 | 0.00 | 20,568.33 | 0.00 | 0.00 | 21,334.29 |
| Pivot (Retails) | 1206 | Dominguez (Current) | 16,666.66 | 8,333.33 | 0.00 | 8,333.33 | 0.00 | 0.00 | 16,666.66 |
| Pivot (Retails) | 210TO309 | Sonder USA Inc Voltaire Marave (Current) | 30,762.19 | 30,762.19 | 0.00 | 0.00 | 0.00 | 0.00 | 30,762.19 |
| **Pivot (Retails)** | | | **68,763.14** | **39,861.48** | **0.00** | **28,901.66** | **0.00** | **0.00** | **68,763.14** |
| **Total** | | | **92,279.19** | **39,788.69** | **111.40** | **28,988.21** | **23,390.89** | **-32,709.66** | **59,569.53** |

# Payables Aging Report

piv_all

Period: 08/2024

As of : 1/16/2024 - 08/31/2024

| Payee Name | Invoice | Current | 0-30 | 31-60 | 61-90 | Over | Notes |
|---|---|---|---|---|---|---|---|
| | Notes | Owed | Owed | Owed | Owed | 90 | |
| | | | | | | Owed | |
| Amazon Capital Services | 1YJR-4JV4-TXHM | 118.68 | 118.68 | 0.00 | 0.00 | 0.00 | |
| HD Supply Facilities Maintenance,Ltd | * | 138.02 | 0.00 | 138.02 | 0.00 | 0.00 | |
| Monte | Move out refund | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 | |
| Lutterman | Move out refund | 73.30 | 0.00 | 0.00 | 0.00 | 73.30 | |
| Twitchell | Move out refund | 248.75 | 0.00 | 0.00 | 0.00 | 248.75 | |
| Shere | Move out refund | 94.60 | 0.00 | 0.00 | 0.00 | 94.60 | |
| Dave | Move out refund | 30.71 | 0.00 | 0.00 | 0.00 | 30.71 | |
| Eineborg, Jr. | Move out refund | 23.63 | 0.00 | 0.00 | 0.00 | 23.63 | |
| Maikai | Move out refund | 930.27 | 0.00 | 0.00 | 0.00 | 930.27 | |
| Sta Maria | Move out refund | 70.51 | 0.00 | 0.00 | 0.00 | 70.51 | |
| Aboutalebi | Move out refund | 134.31 | 0.00 | 0.00 | 0.00 | 134.31 | |
| WA State Dept of Transportation | * | 7.26 | 0.00 | 0.00 | 7.26 | 0.00 | |
| SDOT | * | 166.00 | 0.00 | 0.00 | 0.00 | 166.00 | |
| Smith Currie Hancock | * | 17,182.75 | 4,163.50 | 9,367.75 | 0.00 | 3,651.50 | |
| Puget Sound Energy | * | 1,587.50 | 754.38 | 833.12 | 0.00 | 0.00 | |
| City of Seattle | * | 5,928.21 | 3,613.43 | 2,314.78 | 0.00 | 0.00 | |
| Super Appliance Repair LLC | * | 209.66 | 209.66 | 0.00 | 0.00 | 0.00 | |
| SOUND MONITORING, LLC | * | 795.00 | 795.00 | 0.00 | 0.00 | 0.00 | |
| Peak Insurance Advisors, LLC | Master Policy Renters Insurance P | 86.94 | 86.94 | 0.00 | 0.00 | 0.00 | |
| Super Sonic Cleaning Service LLC | * | 3,255.00 | 3,255.00 | 0.00 | 0.00 | 0.00 | |
| Apartments LLC | * | 1,520.00 | 0.00 | 1,520.00 | 0.00 | 0.00 | |
| Onelin Capital Corporation | * | 6,041.52 | 6,041.52 | 0.00 | 0.00 | 0.00 | |
| Ori Residential, Inc. | * | 12,606.60 | 4,823.86 | 6,531.83 | 422.27 | 828.64 | |
| RentGrow, Inc. | * | 336.00 | 0.00 | 0.00 | 0.00 | 336.00 | |
| Seattle Department of Construction and Inspections | * | 2,018.12 | 0.00 | 0.00 | 0.00 | 2,018.12 | |
| Vibrant Cities | Bonus, BK Fee, PM Wage | 12,357.00 | 12,357.00 | 0.00 | 0.00 | 0.00 | |
| CenturyLink | * | 272.41 | 272.41 | 0.00 | 0.00 | 0.00 | |
| YARDI SYSTEMS, INC. | * | 46.00 | 46.00 | 0.00 | 0.00 | 0.00 | |
| **Grand Total** | | **66,528.75** | **36,537.38** | **20,705.50** | **429.53** | **8,856.34** | |

**B-1208 PINE LLC Tenant Deposit**

**Bank Reconciliation Report**

**8/31/2024**

█████9841

**Posted by: thomas_l on 9/13/2024**

9/13/2024

**Balance Per Bank Statement as of 8/31/2024**          **61,369.30**

**Outstanding Deposits**

| Deposit Date | Deposit Number | Amount |
|---|---|---|
| 8/30/2024 | 32 | 511.13 |
| **Plus:** | **Outstanding Deposits** | **511.13** |

**Other Items**

| Date | Notes | Amount |
|---|---|---|
| 4/1/2024 | :Prog Gen Move Out transfer (████ Kissinger) - Receipt #13037 | -500.00 |
| 8/29/2024 | Transfer deposit to regular deposit account | 653.23 |
| **Plus/Minus:** | **Other Items** | **153.23** |
| | **Reconciled Bank Balance** | **62,033.66** |

**Balance per GL as of 8/31/2024**          **62,033.66**

**Reconciled Balance Per G/L**          **62,033.66**

**Difference**     (Reconciled Bank Balance And Reconciled Balance Per G/L)          **0.00**

**B-1208 PINE LLC Tenant Deposit**

**Bank Reconciliation Report**

**8/31/2024**

█████9841

**Posted by: thomas_l on 9/13/2024**

**Cleared Items:**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 8/1/2024 | 26 | :ACH Deposit | 300.00 | 8/31/2024 |
| 8/16/2024 | 27 | :CC Deposit | 400.00 | 8/31/2024 |
| 8/19/2024 | 28 | :ACH Deposit | 400.00 | 8/31/2024 |
| 8/25/2024 | 30 | :ACH/WIPS Deposit | 2,050.00 | 8/31/2024 |
| 8/26/2024 | 31 | :ACH Deposit | 17.64 | 8/31/2024 |
| **Total Cleared Deposits** | | | **3,167.64** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 6/4/2024 | JE 1080 | :Prog Gen Move Out transfer ████ Soetenga) - Receipt #15360 | -700.00 | 8/31/2024 |
| 8/9/2024 | JE 1517 | Move Out Transfer - Motto | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1518 | Move Out Transfer - Verma | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1519 | Move Out Transfer - Saliyev | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1520 | Move Out Transfer - Ajmeera | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1521 | Move Out Transfer - Cruz Ramos | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1522 | Move Out Transfer - Weldon | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1523 | Move Out Transfer - Forslund | -500.00 | 8/31/2024 |
| 8/9/2024 | JE 1524 | Move Out Transfer - Lay | -500.00 | 8/31/2024 |
| 8/9/2024 | JE 1525 | Move Out Transfer - Fernandez | -500.00 | 8/31/2024 |
| 8/9/2024 | JE 1526 | Move Out Transfer - Motto | -300.00 | 8/31/2024 |
| 8/9/2024 | JE 1527 | Move Out Transfer - Verma | -25.00 | 8/31/2024 |
| 8/9/2024 | JE 1533 | Wenhong Tan Moveout Trf | -600.00 | 8/31/2024 |
| 8/9/2024 | JE 1589 | Hossein Aboutalebi Move Out Deposit | -400.00 | 8/31/2024 |
| 8/9/2024 | JE 1593 | Dokota Parker Move Out Deposit | -500.00 | 8/31/2024 |
| 8/28/2024 | JE 1528 | Acct Trf - Penny Test | -0.08 | 8/31/2024 |
| 8/29/2024 | JE 1472 | Transfer deposit to regular deposit account | -66,594.38 | 8/31/2024 |
| **Total Cleared Other Items** | | | **-73,019.46** | |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

# EASTWEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: August 01, 2024
ENDING DATE: August 31, 2024
Total days in statement period: 31
███████9841
( 0 )

B-1208 PINE, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10088
(TENANT DEPOSIT ACCOUNT)
606 MAYNARD AVE S SUITE 251
SEATTLE WA 98104-2958

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | ███████9841 | Beginning balance | | $64,626.74 |
| Low balance | $59,701.74 | Total additions | ( 5) | 3,167.64 |
| Average balance | $61,569.09 | Total subtractions | ( 14) | 6,425.08 |
| | | Ending balance | | $61,369.30 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08 02 | Pre-Auth Credit | Pivot Apts Settlement 240802 000021553349466 | 300.00 |
| | 08 20 | Pre-Auth Credit | Pivot Apts Settlement 240820 000021697871026 | 400.00 |
| | 08 22 | Pre-Auth Credit | YARDI CARD DEP PIV-DEP2Tr 240822 94836854 | 400.00 |
| | 08 26 | Pre-Auth Credit | Pivot Apts Settlement 240826 000021732681450 | 2,050.00 |
| | 08 27 | Pre-Auth Credit | Pivot Apts Settlement 240827 000021741747218 | 17.64 |

## DEBITS

| Date | Transaction Description | | | Subtractions |
|---|---|---|---|---|
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 400.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 400.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 400.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 400.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 400.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 425.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 500.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 500.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 500.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 600.00 |
| 08 09 | Onln Bkg Trfn D | TO ACC ████9833 | | 700.00 |
| 08 28 | Onln Bkg Trfn D | TO ACC ████9833 | | 0.08 |
| 08 28 | Onln Bkg Trfn D | TO ACC ████9833 | | 500.00 |
| 08 28 | Onln Bkg Trfn D | TO ACC ████9833 | | 700.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07 31 | 64,626.74 | 08 02 | 64,926.74 | 08 09 | 59,701.74 |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

B-1208 PINE, LLC

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-20 | 60,101.74 | 08-26 | 62,551.74 | 08-28 | 61,369.30 |
| 08-22 | 60,501.74 | 08-27 | 62,569.38 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….…........ $ _____

**ENTER**
Present Balance in
your checkbook……………….. $ _____

**Add** Deposits not shown
on this Statement $ _____
_____
_____

**Subtract** any service
charges, finance or
any other charges……………….. $ _____

Sub Total………. $ _____

Sub Total …………. $ _____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned ………………………….. $ _____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $ _____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $ _____
_____
_____
_____

**Total** amount of outstanding
checks………………………….. $ _____

Balance……...........................** $ _____

Balance…………………………….. $ _____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

9/13/2024

# B-1208 Cash Collateral

## Bank Reconciliation Report

### 8/31/2024

▮▮▮9833

**Posted by: dennis_h on 9/5/2024**

**Balance Per Bank Statement as of 8/31/2024**                                    **1,427,176.00**

#### Outstanding Deposits

| Deposit Date | Deposit Number | Amount |
|---|---|---|
| 8/27/2024 | 287 | 694.35 |
| 8/28/2024 | 288 | 1.61 |
| 8/29/2024 | 290 | 4,316.00 |
| 8/30/2024 | 292 | 8,703.81 |
| 8/30/2024 | 293 | 3,255.00 |
| **Plus:** | **Outstanding Deposits** | **16,970.77** |

#### Outstanding Checks

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 4/17/2024 | 120 | t0000391 - Elgalb | 20.05 |
| 5/22/2024 | 154 | t0000703 - Carder | 170.00 |
| 5/22/2024 | 156 | t0000553 - Rakete | 11.14 |
| 6/13/2024 | 174 | t0000241 - Tran | 189.32 |
| 8/5/2024 | 209 | rasi - RASI Entity Staffing,LLC | 2,100.00 |
| 8/5/2024 | 210 | rasi - RASI Entity Staffing,LLC | 2,100.00 |
| 8/5/2024 | 217 | vertex - Vertex Pronperty Maintenance,LLC | 3,250.00 |
| 8/9/2024 | 225 | t0000863 - Weldon | 10.31 |
| 8/9/2024 | 226 | t0000260 - Forslund | 500.00 |
| 8/9/2024 | 227 | t0000243 - Lay | 500.00 |
| 8/9/2024 | 231 | t0001095 - Tan | 345.00 |
| 8/14/2024 | 237 | v0000074 - Ori Residential, Inc. | 19.84 |
| 8/14/2024 | 238 | v0000074 - Ori Residential, Inc. | 77.21 |
| 8/14/2024 | 239 | v0000074 - Ori Residential, Inc. | 494.37 |
| 8/28/2024 | 245 | amzn_cap - Amazon Capital Services | 41.38 |
| **Less:** | **Outstanding Checks** | | **9,828.62** |

#### Bank Reconciling Items

| Date | Notes | Amount |
|---|---|---|
| 5/7/2024 | ▮ Tran check not deposit | 281.74 |
| **Plus/Minus:** | **Bank Reconciling Items** | **281.74** |

#### Other Items

| Date | Notes | Amount |
|---|---|---|
| 4/1/2024 | :Prog Gen Move Out transfer (▮ Kissinger) - Receipt #13037 | 500.00 |
| **Plus/Minus:** | **Other Items** | **500.00** |
| | **Reconciled Bank Balance** | **1,435,099.89** |

## B-1208 Cash Collateral

9/13/2024

### Bank Reconciliation Report

### 8/31/2024

9833

#### Posted by: dennis_h on 9/5/2024

| | | |
|---|---|---|
| **Balance per GL as of 8/31/2024** | | 1,435,099.89 |
| **Reconciled Balance Per G/L** | | 1,435,099.89 |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 7/18/2024 | 176 | v0000160 - Alcantara Homes LLC | 781.00 | 8/31/2024 |
| 7/18/2024 | 182 | v0000118 - Submeter Solutions | 205.00 | 8/31/2024 |
| 7/18/2024 | 183 | v0000028 - Super Sonic Cleaning Service LLC | 3,225.00 | 8/31/2024 |
| 7/18/2024 | 184 | v0000028 - Super Sonic Cleaning Service LLC | 180.00 | 8/31/2024 |
| 7/18/2024 | 185 | v0000028 - Super Sonic Cleaning Service LLC | 180.00 | 8/31/2024 |
| 7/18/2024 | 186 | v0000028 - Super Sonic Cleaning Service LLC | 150.00 | 8/31/2024 |
| 7/18/2024 | 187 | v0000028 - Super Sonic Cleaning Service LLC | 280.00 | 8/31/2024 |
| 7/18/2024 | 188 | v0000028 - Super Sonic Cleaning Service LLC | 230.00 | 8/31/2024 |
| 7/18/2024 | 189 | v0000028 - Super Sonic Cleaning Service LLC | 150.00 | 8/31/2024 |
| 7/18/2024 | 190 | v0000028 - Super Sonic Cleaning Service LLC | 100.00 | 8/31/2024 |
| 8/5/2024 | 34 | v0000074 - Ori Residential, Inc. | 81.64 | 8/31/2024 |
| 8/5/2024 | 35 | v0000028 - Super Sonic Cleaning Service LLC | 180.00 | 8/31/2024 |
| 8/5/2024 | 203 | v0000032 - Apartments LLC | 1,520.00 | 8/31/2024 |
| 8/5/2024 | 204 | v0000142 - CenturyLink | 265.94 | 8/31/2024 |
| 8/5/2024 | 205 | v0000142 - CenturyLink | 266.39 | 8/31/2024 |
| 8/5/2024 | 206 | v0000022 - Peak Insurance Advisors, LLC | 39.21 | 8/31/2024 |
| 8/5/2024 | 207 | v0000108 - Protection & Communications, Inc. | 695.21 | 8/31/2024 |
| 8/5/2024 | 208 | v0000003 - Puget Sound Energy | 987.53 | 8/31/2024 |
| 8/5/2024 | 211 | v0000080 - RentGrow, Inc. | 24.00 | 8/31/2024 |
| 8/5/2024 | 212 | v0000028 - Super Sonic Cleaning Service LLC | 180.00 | 8/31/2024 |
| 8/5/2024 | 213 | v0000028 - Super Sonic Cleaning Service LLC | 150.00 | 8/31/2024 |
| 8/5/2024 | 214 | v0000028 - Super Sonic Cleaning Service LLC | 150.00 | 8/31/2024 |
| 8/5/2024 | 215 | v0000028 - Super Sonic Cleaning Service LLC | 180.00 | 8/31/2024 |
| 8/5/2024 | 216 | v0000028 - Super Sonic Cleaning Service LLC | 2,650.00 | 8/31/2024 |
| 8/5/2024 | 218 | v0000136 - Vibrant Cities | 5,000.00 | 8/31/2024 |
| 8/5/2024 | 219 | v0000136 - Vibrant Cities | 6,857.00 | 8/31/2024 |
| 8/5/2024 | 220 | v0000146 - YARDI SYSTEMS, INC. | 20.00 | 8/31/2024 |
| 8/5/2024 | 221 | v0000008 - Zillow, Inc. | 295.00 | 8/31/2024 |
| 8/9/2024 | 223 | t0000259 - Fernandez | 346.76 | 8/31/2024 |
| 8/9/2024 | 228 | t0000363 - Ajmeera | 25.75 | 8/31/2024 |
| 8/9/2024 | 229 | t0000333 - Motto | 700.00 | 8/31/2024 |
| 8/14/2024 | 36 | v0000034 - Onelin Capital Corporation | 3,666.71 | 8/31/2024 |
| 8/14/2024 | 37 | v0000034 - Onelin Capital Corporation | 48.33 | 8/31/2024 |
| 8/14/2024 | 38 | v0000074 - Ori Residential, Inc. | 62.77 | 8/31/2024 |
| 8/14/2024 | 39 | v0000074 - Ori Residential, Inc. | 22.24 | 8/31/2024 |
| 8/14/2024 | 40 | v0000074 - Ori Residential, Inc. | 15.21 | 8/31/2024 |
| 8/14/2024 | 233 | v0000004 - City of Seattle | 2,328.82 | 8/31/2024 |
| 8/14/2024 | 234 | v0000005 - City of Seattle | 14,014.28 | 8/31/2024 |
| 8/14/2024 | 240 | v0000118 - Submeter Solutions | 406.50 | 8/31/2024 |
| 8/14/2024 | 241 | v0000008 - Zillow, Inc. | 295.00 | 8/31/2024 |
| 8/15/2024 | 242 | hd - HD Supply Facilities Maintenance,Ltd | 91.36 | 8/31/2024 |

## B-1208 Cash Collateral

## Bank Reconciliation Report

## 8/31/2024

09833

### Posted by: dennis_h on 9/5/2024

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 8/15/2024 | 243 | hd - HD Supply Facilities Maintenance,Ltd | 123.27 | 8/31/2024 |
| 8/16/2024 | 244 | amzn_cap - Amazon Capital Services | 51.93 | 8/31/2024 |
| **Total Cleared Checks** | | | **47,221.85** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 7/28/2024 | 236 | :CC Deposit | 50.00 | 8/31/2024 |
| 7/29/2024 | 239 | :CC Deposit | 2,226.00 | 8/31/2024 |
| 7/31/2024 | 242 | :ACH/WIPS Deposit | 13,445.53 | 8/31/2024 |
| 7/31/2024 | 243 | :CC Deposit | 3,061.97 | 8/31/2024 |
| 8/1/2024 | 19 | | 1,345.00 | 8/31/2024 |
| 8/1/2024 | 246 | :ACH/WIPS Deposit | 28,590.35 | 8/31/2024 |
| 8/1/2024 | 247 | :CC Deposit | 2,645.83 | 8/31/2024 |
| 8/2/2024 | 249 | :ACH/WIPS Deposit | 21,928.98 | 8/31/2024 |
| 8/2/2024 | 250 | :CC Deposit | 2,018.96 | 8/31/2024 |
| 8/3/2024 | 254 | :CC Deposit | 50.00 | 8/31/2024 |
| 8/4/2024 | 256 | :ACH/WIPS Deposit | 18,897.68 | 8/31/2024 |
| 8/4/2024 | 257 | :CC Deposit | 1,002.40 | 8/31/2024 |
| 8/5/2024 | 260 | :ACH/WIPS Deposit | 6,477.36 | 8/31/2024 |
| 8/6/2024 | 261 | :ACH Deposit | 1,566.63 | 8/31/2024 |
| 8/9/2024 | 11 | | 50,279.00 | 8/31/2024 |
| 8/9/2024 | 262 | :ACH Deposit | 4,102.50 | 8/31/2024 |
| 8/11/2024 | 264 | :ACH/WIPS Deposit | 294.88 | 8/31/2024 |
| 8/11/2024 | 265 | :CC Deposit | 50.00 | 8/31/2024 |
| 8/12/2024 | 266 | :ACH Deposit | 10,485.75 | 8/31/2024 |
| 8/13/2024 | 267 | :CC Deposit | 50.00 | 8/31/2024 |
| 8/13/2024 | 18 | :CHECKscan Deposit | 432.00 | 8/31/2024 |
| 8/14/2024 | 268 | :ACH Deposit | 90.91 | 8/31/2024 |
| 8/15/2024 | 20 | | 216,616.79 | 8/31/2024 |
| 8/15/2024 | 270 | :CC Deposit | 1,495.51 | 8/31/2024 |
| 8/15/2024 | 269 | :ACH Deposit | 1,613.98 | 8/31/2024 |
| 8/16/2024 | 272 | :CC Deposit | 907.74 | 8/31/2024 |
| 8/16/2024 | 271 | :ACH Deposit | 17.06 | 8/31/2024 |
| 8/17/2024 | 274 | :CC Deposit | 747.00 | 8/31/2024 |
| 8/18/2024 | 275 | :ACH/WIPS Deposit | 3,805.95 | 8/31/2024 |
| 8/19/2024 | 277 | :ACH/WIPS Deposit | 770.19 | 8/31/2024 |
| 8/21/2024 | 278 | :CC Deposit | 1,300.00 | 8/31/2024 |
| 8/22/2024 | 280 | :CC Deposit | 100.00 | 8/31/2024 |
| 8/22/2024 | 279 | :ACH Deposit | 1,445.54 | 8/31/2024 |
| 8/23/2024 | 282 | :CC Deposit | 100.00 | 8/31/2024 |
| 8/23/2024 | 281 | :ACH Deposit | 6,416.66 | 8/31/2024 |
| 8/23/2024 | 21 | :CHECKscan Deposit | 18,766.66 | 8/31/2024 |
| 8/24/2024 | 284 | :CC Deposit | 179.08 | 8/31/2024 |
| 8/25/2024 | 285 | :ACH/WIPS Deposit | 874.75 | 8/31/2024 |
| 8/27/2024 | 286 | :ACH Deposit | 46.68 | 8/31/2024 |
| 8/29/2024 | 289 | :ACH Deposit | 3,490.00 | 8/31/2024 |
| **Total Cleared Deposits** | | | **427,785.32** | |

## B-1208 Cash Collateral

## Bank Reconciliation Report

## 8/31/2024

9833

### Posted by: dennis_h on 9/5/2024

**Cleared Bank Reconciling Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 7/31/2024 | 240719000021439035702 | Double payment by system error | 81.64 | 8/31/2024 |
| **Total Cleared Bank Reconciling Items** | | | **81.64** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 6/4/2024 | JE 1080 | :Prog Gen Move Out transfer (Sydney Soetenga) - Receipt #15360 | 700.00 | 8/31/2024 |
| 8/1/2024 | JE 1530 | FIDUCIARY MAINTENANCE FIDUCIARY COLLATERAL | -284.75 | 8/31/2024 |
| 8/9/2024 | JE 1517 | Move Out Transfer - Motto | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1518 | Move Out Transfer - Verma | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1519 | Move Out Transfer - Saliyev | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1520 | Move Out Transfer - Ajmeera | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1521 | Move Out Transfer - Cruz Ramos | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1522 | Move Out Transfer - Weldon | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1523 | Move Out Transfer - Forslund | 500.00 | 8/31/2024 |
| 8/9/2024 | JE 1524 | Move Out Transfer - Lay | 500.00 | 8/31/2024 |
| 8/9/2024 | JE 1525 | Move Out Transfer - Fernandez | 500.00 | 8/31/2024 |
| 8/9/2024 | JE 1526 | Move Out Transfer - Motto | 300.00 | 8/31/2024 |
| 8/9/2024 | JE 1527 | Move Out Transfer - Verma | 25.00 | 8/31/2024 |
| 8/9/2024 | JE 1533 | Wenhong Tan Moveout Trf | 600.00 | 8/31/2024 |
| 8/9/2024 | JE 1589 | Hossein Aboutalebi Move Out Deposit | 400.00 | 8/31/2024 |
| 8/9/2024 | JE 1593 | Dokota Parker Move Out Deposit | 500.00 | 8/31/2024 |
| 8/13/2024 | JE 1531 | Interest Paid to Lender | -50,000.00 | 8/31/2024 |
| 8/28/2024 | JE 1528 | Acct Trf - Penny Test | 0.08 | 8/31/2024 |
| **Total Cleared Other Items** | | | **-43,859.67** | |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

# EASTWEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: August 01, 2024
ENDING DATE: August 31, 2024
Total days in statement period: 31
█████9833
( 36)

B-1208 PINE, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10088
(CASH COLLATERAL ACCOUNT)
606 MAYNARD AVE S SUITE 251
SEATTLE WA 98104-2958

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | █████9833 | Beginning balance | $1,090,390.56 |
| Enclosures | 36 | Total additions (54) | 434,292.04 |
| Low balance | $1,103,601.34 | Total subtractions (41) | 97,506.60 |
| Average balance | $1,310,312.83 | Ending balance | $1,427,176.00 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08 01 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240801 93524381 | 50.00 |
| | 08 01 | Pre-Auth Credit | Pivot Apts Settlement 240801 000021528277890 | 13,445.53 |
| | 08 02 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240802 93597865 | 2,226.00 |
| | 08 02 | Pre-Auth Credit | Pivot Apts Settlement 240802 000021553349478 | 29,935.35 |
| | 08 05 | Pre-Auth Credit | Pivot Apts Settlement 240805 000021583581722 | 18,897.68 |
| | 08 05 | Pre-Auth Credit | Pivot Apts Settlement 240805 000021571320002 | 21,928.98 |
| | 08 06 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240806 93720117 | 3,061.97 |
| | 08 06 | Pre-Auth Credit | Pivot Apts Settlement 240806 000021598266538 | 6,477.36 |
| | 08 07 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240807 93885137 | 50.00 |
| | 08 07 | Pre-Auth C████ | Pivot Apts Settlement 240807 000021609805094 | 1,566.63 |
| | 08 07 | Pre-Auth C████ | YARDI CARD DEP PIV-COLLTr 240807 93882693 | 2,645.83 |
| | 08 08 | Pre-Auth C████ | YARDI CARD DEP PIV-COLLTr 240808 94097584 | 2,018.96 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 400.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 400.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 400.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 400.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 400.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 425.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 500.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 500.00 |
| | 08 09 | Onln Bkg T████ | FR ACC C█████9841 | 500.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 600.00 |
| | 08 09 | Onln Bkg T████ | FR ACC█████9841 | 700.00 |
| | 08 09 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240809 94240106 | 1,002.40 |
| | 08 09 | Deposit | | 50,279.00 |
| | 08 12 | Pre-Auth Credit | Pivot Apts Settlement 240812 000021642222710 | 294.88 |
| | 08 12 | Pre-Auth Credit | Pivot Apts Settlement 240812 000021636303074 | 4,102.50 |
| | 08 13 | Pre-Auth Credit | Pivot Apts Settlement 240813 000021651391426 | 10,485.75 |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: August 01, 2024
ENDING DATE: August 31, 2024
▓▓▓▓9833

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

B-1208 PINE, LLC

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08-14 | Pre-Auth Credit | Pivot Apts Settlement 240814 00002165997141 0 | 432.00 |
| | 08-15 | Wire Trans-IN | SONDER USA INC. | 216,616.79 |
| | 08-15 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240815 94545341 | 50.00 |
| | 08-15 | Pre-Auth Credit | Pivot Apts Settlement 240815 000021666684782 | 90.91 |
| | 08-16 | Pre-Auth Credit | Pivot Apts Settlement 240816 000021674695834 | 1,613.98 |
| | 08-19 | Pre-Auth Credit | Pivot Apts Settlement 240819 000021683818938 | 17.06 |
| | 08-19 | Pre-Auth Credit | Pivot Apts Settlement 240819 000021689364014 | 3,805.95 |
| | 08-20 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240820 94692792 | 50.00 |
| | 08-20 | Pre-Auth Credit | Pivot Apts Settlement 240820 000021697871042 | 770.19 |
| | 08-21 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240821 94755064 | 747.00 |
| | 08-22 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240822 94837208 | 907.74 |
| | 08-22 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240822 94836408 | 1,495.51 |
| | 08-23 | Pre-Auth Credit | Pivot Apts Settlement 240823 000021719279086 | 1,445.54 |
| | 08-26 | Pre-Auth Credit | Pivot Apts Settlement 240826 000021732681462 | 874.75 |
| | 08-26 | Pre-Auth Credit | Pivot Apts Settlement 240826 000021727420522 | 6,416.66 |
| | 08-26 | Pre-Auth Credit | Pivot Apts Settlement 240826 000021727490614 | 18,766.66 |
| | 08-27 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240827 94961205 | 1,300.00 |
| | 08-28 | Onin Bkg Trft C | FR ACC▓▓9841 | 0.08 |
| | 08-28 | Onin Bkg Trft C | FR ACC▓▓9841 | 500.00 |
| | 08-28 | Onin Bkg Trft C | FR ACC▓▓9841 | 700.00 |
| | 08-28 | Pre-Auth Credit | Pivot Apts Settlement 240828 000021749842806 | 46.68 |
| | 08-28 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240828 95017663 | 179.08 |
| | 08-29 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240829 95088739 | 100.00 |
| | 08-29 | Pre-Auth Credit | YARDI CARD DEP PIV-COLLTr 240829 95091849 | 100.00 |
| | 08-29 | Deposit | | 81.64 |
| | 08-30 | Pre-Auth Credit | Pivot Apts Settlement 240830 000021766374886 | 3,490.00 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 176 | 08-02 | 781.00 | 214 | 08-20 | 150.00 |
| 182 * | 08-05 | 205.00 | 215 | 08-20 | 180.00 |
| 183 | 08-02 | 3,225.00 | 216 | 08-20 | 2,650.00 |
| 184 | 08-02 | 180.00 | 218 * | 08-16 | 5,000.00 |
| 185 | 08-05 | 180.00 | 219 | 08-16 | 6,857.00 |
| 186 | 08-02 | 150.00 | 220 | 08-13 | 20.00 |
| 187 | 08-02 | 280.00 | 221 | 08-12 | 295.00 |
| 188 | 08-02 | 230.00 | 223 * | 08-23 | 346.76 |
| 189 | 08-02 | 150.00 | 228 * | 08-30 | 25.75 |
| 190 | 08-20 | 100.00 | 229 | 08-19 | 700.00 |
| 203 * | 08-12 | 1,520.00 | 233 * | 08-26 | 2,328.82 |
| 204 | 08-19 | 265.94 | 234 | 08-23 | 14,014.28 |
| 205 | 08-15 | 266.39 | 240 * | 08-22 | 406.50 |
| 206 | 08-13 | 39.21 | 241 | 08-21 | 295.00 |
| 207 | 08-14 | 695.21 | 242 | 08-23 | 91.36 |
| 208 | 08-16 | 987.53 | 243 | 08-23 | 123.27 |
| 211 * | 08-13 | 24.00 | 244 | 08-27 | 51.93 |
| 212 | 08-20 | 180.00 | * Skip in check sequence | | |
| 213 | 08-20 | 150.00 | | | |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0


**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

B-1208 PINE, LLC

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 08-01 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 08-01 | Debit Memo | FIDUCIARY COLLATER AL | 259.75 |
| 08-06 | Preauth Debit | ORIRESIDENTIAL-P Settlement 240806 000021601369794 | 261.64 |
| 08-13 | Outgoing Wire | SMAS III LLC COLLE CTION | 50,000.00 |
| 08-15 | Preauth Debit | ORIRESIDENTIAL-P Settlement 240815 000021668140422 | 3,815.26 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | 1,090,390.56 | 08-12 | 1,245,856.24 | 08-22 | 1,410,157.08 |
| 08-01 | 1,103,601.34 | 08-13 | 1,206,258.78 | 08-23 | 1,397,026.95 |
| 08-02 | 1,130,766.69 | 08-14 | 1,205,995.57 | 08-26 | 1,420,756.20 |
| 08-05 | 1,171,208.35 | 08-15 | 1,418,671.62 | 08-27 | 1,422,004.27 |
| 08-06 | 1,180,486.04 | 08-16 | 1,407,441.07 | 08-28 | 1,423,430.11 |
| 08-07 | 1,184,748.50 | 08-19 | 1,410,298.14 | 08-29 | 1,423,711.75 |
| 08-08 | 1,186,767.46 | 08-20 | 1,407,708.33 | 08-30 | 1,427,176.00 |
| 08-09 | 1,243,273.86 | 08-21 | 1,408,160.33 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

**IMAGES OF CHECKS REDACTED**

**IMAGES OF CHECKS REDACTED**

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

**IMAGES OF CHECKS REDACTED**

# STATEMENT BALANCING
## Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………….......... $_____

**ENTER**
Present Balance in
your checkbook……………….. $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges……………….. $_____

Sub Total………. $_____

**Subtract** Checks Issued
but not on Statement

Sub Total …………. $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

Total amount of outstanding
checks……………………………. $_____

Balance……..…….......................** $_____

Balance……………………………. $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



**CHASE** ⬡

**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 -2051

August 01, 2024 through August 30, 2024

Account Number: ▮▮▮▮▮▮9280



00012080 DRE 702 210 24924 NNNNNNNNNNN  1 000000000 Z9 0000
PINE ESKER, LLC
606 MAYNARD AVE S STE 251
SEATTLE WA 98104-2958

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## We're updating our Deposit Account Agreement, including the Arbitration section

On November 17, 2024, we're updating section *X. Arbitration; Resolving Disputes* in the Deposit Account Agreement. We've included excerpts of the more significant updates at the end of this statement. The Arbitration section explains how potential disputes and claims are handled between us. **You can opt out of arbitration any time before January 16, 2025, by calling us at 1-800-242-7338.**

You can view the full updated section in the Deposit Account Agreement which will be available on November 17 at **chase.com/business/disclosures** or by visiting a branch. The new agreement will include these changes as well as any additional updates occurring at this time.

If you have any questions, please call the number on this statement. We accept operator relay calls.

### CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,682.22 |
| Deposits and Additions | 1 | 27.50 |
| **Ending Balance** | **1** | **$9,709.72** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | Orig CO Name:Lumen Technolog    Orig ID:1720651161 Desc Date:240827 CO Entry Descr:Payable  Sec:CCD  Trace#:021000026461927 Eed:240827  Ind ID: Ind Name:B 1208 Pine LLC Direct Deposit Trn: 2406461927Tc | $27.50 |
| **Total Deposits and Additions** | | **$27.50** |

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



August 01, 2024 through August 30, 2024

Account Number: ■■■■■■■9280

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/27 | $9,709.72 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0





**The following are excerpts of the more significant updates to *Section X. Arbitration; Resolving Disputes* to be published November 17, 2024:**

- **What claims or disputes subject to arbitration?:**
  Claims or disputed factual or legal issues that arise out of or in any way relate in any way to any aspect of our relationship or interactions with each other, including but not limited to your deposit account, transactions involving your deposit account, whether actual, potential, canceled, or other transactions, any related product, service, or agreement with, or interactions of any kind with Chase employees are subject to arbitration.
- **Can I (customer) cancel or opt out of this agreement to arbitrate?:**
  You have the right to opt out of this agreement to arbitration if you tell us within sixty (60) days of opening your account, or by January 16, 2025, whichever is later. The exclusive way to opt out is by calling us at 1-800-242-7338. Any other method, form, or means of opting out will be treated as invalid or ineffective. Requests to opt out made more than sixty (60) days after opening your account or by January 16, 2025, whichever is later will be invalid.
- **Does arbitration apply to Claims involving third parties?:**
  For purposes of arbitration, "you" includes any person who is listed on your account or claims a right or interest in your account, and "we" and "us" includes JPMorgan Chase Bank, N.A., all its affiliates, third-party beneficiaries of this agreement and all third parties who are regarded as agents or representatives of ours in connection with a Claim.
- **How does arbitration work?:**
  Arbitration between us shall be administered by the American Arbitration Association ("AAA"), which will apply it Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. The Parties agree that, upon motion by either of us, the arbitrator or Merits Arbitrator shall have the power to decide dispositive issues of law prior to hearing, consistent with Federal Rules of Civil Procedure 12 and 56. All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, it either Party seeks to confirm the arbitrator's decision in court, the Parties agree that the documents necessary for such confirmation need not be filed under seal.

  **Who will pay for costs?:**
  Each Party will be responsible for the arbitration costs as allocated by the applicable AAA rules (www.adr.org). However, except for claims filed as part of a mass arbitration, if the arbitrator ultimately rules in your favor, you will be entitled to reimbursement by Chase for all fees you paid to the AAA.

  **NEW SECTION: What about mass arbitration matters?:**
  You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You agree to these procedures even though they may delay the arbitration of your individual claim. If at any point you are unsatisfied with the speed by which your matter is proceeding, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

  1.  **Mass Arbitration Filing Requirements:**
      In addition to the requirements set forth in the AAA Mass Arbitration Supplementary Rules, you agree that upon commencing a case with the AAA, you will provide your name, full Chase account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in the previous sentence.

  2.  **Process Arbitrator Appointment:**
      You and Chase agree that before an arbitrator is assigned to determine the merit of your claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The Parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rule MA-7(a). In short, each Party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the Parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



3. **Matters To Be Decided by a Process Arbitrator:**
In addition to the authority outlined in AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or any other reason. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements, other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account at Chase, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within their jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

4. **Mass Arbitration Procedures:**
Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for Chase shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the Parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than three (3) cases. No AAA per case fee shall be assessed in connection with any case until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. The Parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases (per side) to proceed to individual arbitration proceedings. Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the Parties otherwise agree, a single Merits Arbitrator may be assigned up to three (3) cases. No AAA per case fee shall be assessed in connection with the remaining cases until they are selected to proceed to individual arbitration proceedings as part of the process identified in this section. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to mediate or change the number of cases filed in each stage. If the Parties do not reach a global resolution after the second set of cases are resolved, on either Party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and Chase agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the Parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

5. **Interpretation and Enforcement of Mass Arbitration Provision:**
Any dispute regarding the interpretation or enforcement of these mass arbitration procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits procedures, the Merits Arbitrator. Their decisions regarding the mass arbitrations process and procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary rules.

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



PO BOX 911039
San Diego, CA 92191-1039

**(866) 747-4472**
**axosbank.com/Business**

Date  8/30/24          Page       1
Primary Account          ▮▮▮▮0154

27725012

B-1208 PINE LLC
CLEARING
606 MAYNARD AVE S, SUITE 251
SEATTLE WA 98104

Account Title:          B-1208 PINE LLC
                        CLEARING

| | | | |
|---|---|---|---|
| Analyzed Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ▮▮▮▮0154 | Statement Dates   8/01/24 thru  9/02/24 | |
| Previous Balance | 10,000.00 | Days in the statement period | 33 |
| Deposits/Credits | .00 | Avg Daily Ledger | 10,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 10,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 10,000.00 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 8/01 | 10,000.00 |

## ***  END OF STATEMENT  ***

MEMBER FDIC          NOTICE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (1003) 

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



PO BOX 911039
San Diego, CA 92191-1039

**(866) 747-4472**
**axosbank.com/Business**

Date  8/30/24          Page        1
Primary Account        ■■■■0162

27725013

B-1208 PINE LLC
CASH MANAGEMENT
606 MAYNARD AVE S, SUITE 251
SEATTLE WA 98104

Account Title:          B-1208 PINE LLC
                        CASH MANAGEMENT

| | | | |
|---|---|---|---|
| Analyzed Commercial Checking | | Number of Enclosures | 0 |
| Account Number ■■■■0162 | | Statement Dates  8/01/24 thru  9/02/24 | |
| Previous Balance | 5,000.00 | Days in the statement period | 33 |
| Deposits/Credits | .00 | Avg Daily Ledger | 5,000.00 |
| Checks/Debits | .00 | Avg Daily Collected | 5,000.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 5,000.00 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 8/01 | 5,000.00 |

## *** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
 EQUAL HOUSING LENDER

Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0



Call 800-274-4482
Email info@ozk.com
Visit ozk.com

Member FDIC

***********AUTO**MIXED AADC 380
185466 0.4360 MB 0.622 494 5 36
|||ₗ||ₗₗₗ|ₗ|ₗₗₗ|ₗₗₗₗₗ||ₗ|ₗₗₗₗₗₗₗₗₗₗₗ||||||ₗₗₗ|ₗ
B-1208 PINE LLC
CONSTRUCTION ACCOUNT
606 MAYNARD AVE S
STE 251
SEATTLE WA  98104-2958

Statement Date: 08/30/2024

Account Number: ██████8282

A new Business Online Banking experience is coming soon! Ready for even greater innovation? Contact your local OZK branch to learn more.

## SMALL BUSINESS CHECKING* ACCOUNT - ████8282

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 07/31/24: | | | 5,738.31 |
| PLUS | 0 | DEPOSITS AND OTHER CREDITS: | 0.00 |
| LESS | 1 | CHECKS AND OTHER DEBITS: | 45.00 |
| CURRENT STATEMENT BALANCE AS OF 08/30/24: | | | 5,693.31 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD: | | | 30 |

### OTHER TRANSACTIONS

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 08/15 | Monthly Account Analysis and Service Charges | 45.00 | |

### BALANCE BY DATE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/15 | 5,693.31 | | | | | | |



Docusign Envelope ID: 39218625-3B4A-4596-8F5F-8412759713C0

## Suggestions to help you balance your bank statement.

List outstanding checks, ATM withdrawals, check card transactions, or any electronic transactions below.

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

ENTER HERE

Bank balance shown on this statement → $ _____

Plus deposits not included on this statement → $ _____

$ _____

$ _____

TOTAL → $ _____

Less-total of outstanding debit transactions (from above). Be sure all charges have been deducted from your checkbook. → $ _____

YOUR BALANCE → $ _____

## Direct all inquiries on your account to:



CUSTOMER SERVICE CENTER
P.O. BOX 196
OZARK, AR 72949
800-274-4482

**In case of errors or questions about your electronic transfers or direct deposits:**

Contact us at the telephone number or address shown above as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Please tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.