

1111 Third Avenue
Suite 3000
Seattle, WA 98101

Main: 206.447.4400
Fax: 206.447.9700
foster.com

Direct Phone: 206.447.5325
Fax: 206.749.2009
deborah.crabbe@foster.com

October 15, 2024

Honorable Christopher M. Alston
United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

Re: **REQUEST FOR TELEPHONIC APPEARANCE TO LISTEN TO PROCEEDINGS**
**Hearing: October 17, 2024 at 9:30 a.m.**
Debtor: B-1208 Pine, LLC
Case No. 24-10088-CMA
Adversary Proceeding #: 24-01010-CMA

Dear Judge Alston:

We represent Pivot Apartments Lender LLC as a secured creditor of the debtor B-1208-Pine, LLC ("Debtor") in the above referenced Chapter 11 bankruptcy case. A hearing on approval of disclosure statement for Debtor's plan of liquidation is scheduled for 9:30 a.m. on October 17, 2024. We respectfully request the Court allow *pro hac vice* counsel Jerry Feuerstein to appear by telephone for the sole purpose of listening to the proceedings. Mr. Feuerstein will not be speaking or making any argument during the proceedings.

Thank you very much for your consideration of this request.

Yours very truly,

FOSTER GARVEY PC

*s/Christopher G. Emch*

By    Christopher G. Emch
Principal
for
Deborah A. Crabbe
Principal

CGE

FG: 103062236.1