Jasmine E. Salguero
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

October 16, 2024

**Via CM/ECF**

Christopher G. Emch
1111 Third Avenue
Suite 3000
Seattle, WA 98101

Re: **In re B-1208 Pine, LLC,** Case No. 24-10088-CMA

Dear Mr. Emch:

The Court received your letter filed on October 15, 2024, (ECF No. 186), requesting that Jerry Feuerstein be allowed to appear by telephone for the hearing on the Approval of Disclosure Statement for Debtor's Plan of Liquidation set for October 17, 2024, at 9:30 a.m. in the above referenced proceeding. The purpose of this letter is to inform you that Judge Alston has granted your request for counsel to appear by telephone to *listen only* and no argument will be allowed. Counsel must use the bridge line provided by the Court to participate in the hearing. On the day of the hearing, use the following procedure:

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone you certify that you are not recording the proceedings.

Sincerely,

*Jasmine Salguero*

Jasmine E. Salguero
Law Clerk to Christopher M. Alston