# Notice Recipients

District/Off: 0981–2   User: admin   Date Created: 10/16/2024
Case: 24–10088–CMA   Form ID: pdfltd   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Christopher G Emch   chris.emch@foster.com

TOTAL: 1