Docusign Envelope ID: 0BEB8940-A150-47C6-8726-56638ED4707E

**Fill in this information to identify the case:**

Debtor name: **B-1208 Pine, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known): **24-10088-MLB**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | $226,390.05 |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | $2,500,976.52 |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $574,672.69 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **Sweep Account - Chase** | $499.16 |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Sweep Account - Chase** | $1,350.56 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | B-1208 Pine, LLC | Case number (if known) | 24-10088-MLB |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attachment | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | B-1208 Pine, LLC<br>606 Maynard Ave. S, Suite 251<br>Seattle, WA 98104-2958<br>Self | 1/03/2024 | $520,000.00 | **For disclosure purposes only. Amount shown as "owner draw" on bank reconciliation was an intracompany transfer between two debtor bank accounts: EastWest acct. #4693 to JPMorgan Chase acct. #9280.**<br><br>*\*See Attachment* |
| 4.2. | Vibrant Cities, LLC<br>606 Maynard Avenue S.<br>Suite 251<br>Seattle, WA 98104-2958<br>Property manager | 12/26/2023 | $23,500.00 | **For disclosure purposes only. Property management fee paid to Vibrant Cities for property manager staffing and management services in the ordinary course of business.**<br><br>*\*See Attachment* |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | B-1208 Pine, LLC | Case number *(if known)* | 24-10088-MLB |
|---|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pivot Apartments Lender LLC v. B-1208 Pine, LLC**<br>23-2-25097-4 SEA | Complaint for Appointment of Custodial Receiver | King County Superior Court<br>516 Third Avenue<br>Seattle, WA 98104 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Walsh Construction Company II, LLC v. Pine Esker, LLC, et al.**<br>22-2-19086-8 SEA | Foreclosure of Mechanic's Lien, Breach of Contract, and Claim Against Contractor's Registration Bond | King County Superior Court<br>516 Third Avenue<br>Seattle, WA 98104 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Cheng, et al. v. Pine Esker, LLC, et al.**<br><br>(Debtor is not a party to this action)<br>23-2-25134-2 SEA | Complaint for Violation of Washington State Securities Act, Fraud in the Inducement, Negligent Misrepresentation | King County Superior Court<br>516 Third Avenue<br>Seattle, WA 98104 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

| Debtor | B-1208 Pine, LLC | Case number *(if known)* | 24-10088-MLB |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101-2373 | | 4/17/2023 - $3,062.50<br>5/15/2023 - $2,437.50<br>9/15/2023 - $500.00<br>12/14/2023 - $2,750.00<br>1/16/2024 - $37,710.50 | $46,460.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Cascade Capital Group, LLC<br>1100 Bellevue Way NE<br>Suite A-400<br>Bellevue, WA 98004-4280 | | 1/15/2024 - $31,440<br>3/01/2023 - $1,770 | $33,210.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Debtor | B-1208 Pine, LLC | Case number *(if known)* | 24-10088-MLB |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **SolTerra LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104**<br><br>**Relationship to debtor** | **Pine Esker, LLC repayment of intercompany loan to Solterra LLC**<br><br>**(Loan was between Solterra and Pine Esker) *See Attachment** | 2/24/2022 | $1,500,000.00 |
| 13.2. | **SolTerra LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104**<br><br>**Relationship to debtor** | **Pine Esker, LLC repayment of intercompany loan to Solterra LLC**<br><br>**(Loan was between Solterra and Pine Esker) *See Attachment** | 3/17/2022 | $1,500,000.00 |
| 13.3. | **KWX Investment LLC**<br>**8245 W Mercer Way**<br>**Mercer Island, WA 98040**<br><br>**Relationship to debtor** | **Wire to KWX Investment (Pine Esker, LLC investor) for repayment of investment, plus interest.**<br><br>**(Payment by Pine Esker to KWX Investment) *See Attachment** | 5/11/2022 | $2,883,562.64 |
| 13.4. | **Walsh Construction Co. II, LLC**<br>**16400 Southcenter Parkway**<br>**Suite 201**<br>**Seattle, WA 98188**<br><br>**Relationship to debtor** | **Wire by Pine Esker, LLC to Walsh Construction Company II, LLC for partial retainage and change orders.** | 8/26/2022 | $851,530.49 |
| 13.5. | **SolTerra LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104**<br><br>**Relationship to debtor** | **Pine Esker, LLC repayment of intercompany loan to Solterra LLC**<br><br>**(Loan was between Solterra and Pine Esker) *See Attachment** | 9/14/2022 | $12,398.15 |
| 13.6. | **SolTerra LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104**<br><br>**Relationship to debtor** | **Pine Esker, LLC repayment of intercompany loan to Solterra LLC**<br><br>**(Loan was between Solterra and Pine Esker) *See Attachment** | 10/28/2022 | $750,000.00 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **11/29/2022** | **$40,000.00** |
| 13.8. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **12/28/2022** | **$40,000.00** |
| 13.9. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **1/31/2022** | **$40,000.00** |
| 13.10. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **3/03/2023** | **$40,000.00** |
| 13.11. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **3/29/2023** | **$40,000.00** |
| 13.12. | **Omar Poon Pok Lee & Christine Lin Lee**<br>**18230 East Valley Highway Suite 195**<br>**Kent, WA 98032**<br><br>**Relationship to debtor** | **Interest payment by Pine Esker, LLC to Omar Lee**<br><br>**\*See Attachment** | **4/27/2023** | **$40,000.00** |

Debtor  **B-1208 Pine, LLC**  Case number *(if known)* **24-10088-MLB**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.13. | **Bank OZK** **18000 Cantrell Road** **Little Rock, AR 72223** | Loan payoff to Bank OZK derived from proceeds of replacement financing from Pivot Apartments Lender LLC (a subsidiary of Madison Realty Capital) | 10/07/2022 | $20,035,537.27 |
| | Relationship to debtor | | | |
| 13.14. | **H.I.G. Realty Credit Holdings, LLC** **600 Fifth Avenue, 23rd Floor** **New York, NY 10020** | M-1208 Pine, LLC mezzanine loan payoff to H.I.G. Realty Credit Holdings derived from proceeds of replacement financing from Pivot Apartments Lender LLC (a subsidiary of Madison Realty Capital) | 10/07/2022 | $8,725,713.55 |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Tenant information for applications and leases**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Washington Trust Bank<br>717 W. Sprague Avenue<br>Spokane, WA 99201-3922 | XXXX-7605 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 3/31/2023 | $0.00 |
| 18.2. | Washington Trust Bank<br>717 W. Sprague Avenue<br>Spokane, WA 99201-3922 | XXXX-7747 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 3/31/2023 | $114.48 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | B-1208 Pine, LLC | Case number *(if known)* | 24-10088-MLB |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service<br>From-To |
    |---|---|---|
    | 26a.1. | **Phillip Lam**<br>**Vibrant Cities, LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104-2958** | **3/2019 - Present** |
    | 26a.2. | **Thuy Vo**<br>**Vibrant Cities, LLC**<br>**606 Maynard Avenue S.**<br>**Suite 251**<br>**Seattle, WA 98104-2958** | **3/2019 - Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Blanton Turner**<br>308 Occidental Ave. S, Suite 500<br>Seattle, WA 98104 | **01/2022 - 10/2022** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Commercial Northwest LLC**<br>1221 W. Shoreline Lane<br>Boise, ID 83702 | **10/2022 - 02/2023** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | **Ori Residential, Inc.**<br>601 Union Street, Suite 1730<br>Seattle, WA 98101-2196 | **02/2023 - Present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.4. | **Hanlin Moss Yi P.S.**<br>9709 Third Avenue NE, Suite 200<br>Seattle, WA 98115-2053 | **04/2023 - 05/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Ori Residential, Inc.**<br>601 Union Street, Suite 1730<br>Seattle, WA 98101-2196 | **02/2023 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Pivot Apartments Lender LLC**<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James H. Wong | 606 Maynard Avenue S.<br>Suite 251<br>Seattle, WA 98104 | Manager | |

| Debtor | B-1208 Pine, LLC | Case number (if known) | 24-10088-MLB |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| M-1208 Pine, LLC | 606 Maynard Ave. S. Seattle, WA 98104-2995 | Sole Member | 100% Owner |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Vibrant Cities, LLC<br>606 Maynard Avenue S.<br>Suite 251<br>Seattle, WA 98104-2958 | W-2 on-site manager's salary of $27,000 paid through Vibrant Cities; Unpaid balance of approximately $24,500 of subsequent services | 8/16/2023 | 2/2023 - 7/2023 staffing fee for Vibrant Cities employee who served as the on-site manager |
| | **Relationship to debtor**<br>Employee | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| M-1208 Pine, LLC | EIN: 83-4593835 |
| Pine Esker, LLC | EIN: 47-5611480 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Debtor | B-1208 Pine, LLC | Case number (if known) | 24-10088-MLB |
|---|---|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2024

*/s/ James Wong*
Signature of individual signing on behalf of the debtor

**James H. Wong**
Printed name

Position or relationship to debtor  **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# B-1208 Pine, LLC: Case No. 24-10088-CMA - ATTACHMENT to SOFA Question 3
Payments from East West Bank Account 4693
10/01/2023 – 1/16/2024

Date = 10/01/2023-01/16/2024

| Check or Deposit | Date | Vendor or Memo | Payment |
|---|---|---|---|
| Chk - 19 | 10/4/2023 | Zhixin Liu | 24.19 |
| Chk - 20 | 10/7/2023 | Ori Residential, Inc. | 3,500.50 |
| Adj - RC 5176 | 10/9/2023 | Returned item t0000595 | 50.00 |
| Adj - RC 5943 | 10/9/2023 | Returned item t0000595 | 600.00 |
| Adj - RC 6100 | 10/9/2023 | Returned item t0000595 | 758.71 |
| Chk - 21 | 10/16/2023 | CHONGGUO ZHONG | 270.40 |
| Chk - 22 | 10/16/2023 | Onelin Capital Corporation | 1,774.24 |
| Chk - 23 | 10/16/2023 | Ori Residential, Inc. | 4,104.60 |
| Chk - 180 | 10/16/2023 | Apartments LLC | 4,560.00 |
| Chk - 181 | 10/16/2023 | CenturyLink | 272.90 |
| Chk - 182 | 10/16/2023 | City of Seattle | 56.32 |
| Chk - 183 | 10/16/2023 | City of Seattle | 17,098.03 |
| Chk - 184 | 10/16/2023 | King County Finance | 8,647.41 |
| Chk - 186 | 10/16/2023 | RentGrow, Inc. | 168.00 |
| Chk - 187 | 10/16/2023 | SOUND MONITORING, LLC | 7,160.00 |
| Chk - 188 | 10/16/2023 | Super Sonic Cleaning Service LLC | 7,500.00 |
| Chk - 189 | 10/16/2023 | YARDI SYSTEMS, INC. | 154.00 |
| Chk - 190 | 10/16/2023 | Zillow, Inc. | 295.00 |
| Chk - 191 | 10/16/2023 | Puget Sound Energy | 619.75 |
| Adj - JE 499 | 10/26/2023 | :Prog Gen Move Out transfer (Renee Everts) - Receipt #7746 | -525.00 |
| Adj - RC 7338 | 10/30/2023 | Returned item SALIKHA LYNDA CHANTHPHONE | 3,400.00 |
| Adj - RC 7407 | 10/30/2023 | Returned item SALIKHA LYNDA CHANTHPHONE | 7,100.00 |
| Adj - RC 7735 | 10/30/2023 | Returned item SALIKHA LYNDA CHANTHPHONE | 10,973.05 |
| Adj - JE 521 | 10/31/2023 | Oct bank fee | 1.00 |
| Chk - 24 | 10/31/2023 | Shawn Casey King | 388.75 |
| Chk - 192 | 11/3/2023 | Renee Everts | 108.15 |
| Adj - RC 8280 | 11/6/2023 | Returned item SALIKHA LYNDA CHANTHPHONE | 3,000.00 |
| Chk - 25 | 11/11/2023 | Onelin Capital Corporation | 1,609.56 |
| Chk - 26 | 11/11/2023 | Ori Residential, Inc. | 6,701.00 |
| Chk - 27 | 11/11/2023 | Zhixin Liu | 68.86 |
| Chk - 193 | 11/11/2023 | CenturyLink | 280.46 |
| Chk - 194 | 11/11/2023 | City of Seattle | 3,692.90 |
| Chk - 195 | 11/11/2023 | PROCOMM | 694.58 |
| Chk - 196 | 11/11/2023 | Puget Sound Energy | 689.43 |
| Chk - 197 | 11/11/2023 | RentGrow, Inc. | 72.00 |
| Chk - 198 | 11/11/2023 | SOUND MONITORING, LLC | 590.00 |
| Chk - 199 | 11/11/2023 | Submeter Solutions | 166.50 |
| Chk - 200 | 11/11/2023 | Zillow, Inc. | 295.00 |
| Adj - JE 531 | 11/16/2023 | :Prog Gen Move Out transfer (Hans Eineborg, Jr.) - Receipt #8534 | -500.00 |
| Adj - JE 557 | 11/30/2023 | salikha deposit to op 400<br>CHRISTOPHER CLARK deposit went into concession 400 | 800.00 |
| Adj - JE 558 | 11/30/2023 | Check return charge | 10.00 |
| Adj - JE 559 | 11/30/2023 | Bank service charge | 0.40 |
| Adj - JE 614 | 12/1/2023 | Pivot tenant referral $500 * 2 | 1,000.00 |
| Adj - JE 569 | 12/8/2023 | :Prog Gen Move Out transfer (Yvonne Okafor) - Receipt #9276 | -500.00 |
| Adj - JE 594 | 12/20/2023 | :Prog Gen Move Out transfer (Michael Lutterman) - Receipt #9353 | -500.00 |
| Adj - JE 595 | 12/20/2023 | :Prog Gen Move Out transfer (Riya Dave) - Receipt #9354 | -500.00 |
| Adj - JE 598 | 12/20/2023 | :Prog Gen Move Out transfer (Justin Monte) - Receipt #9357 | -500.00 |
| Adj - JE 600 | 12/21/2023 | :Prog Gen Move Out transfer (Danya Shere) - Receipt #9364 | -500.00 |
| Adj - JE 602 | 12/21/2023 | :Prog Gen Move Out transfer (Kazuhi Kanai) - Receipt #9367 | -500.00 |

## B-1208 Pine, LLC: Case No. 24-10088-CMA - ATTACHMENT to SOFA Question 3
Payments from East West Bank Account 4693
10/01/2023 – 1/16/2024

Date = 10/01/2023-01/16/2024

| Check or Deposit | Date | Vendor or Memo | Payment |
|---|---|---|---|
| Adj - JE 605 | 12/22/2023 | :Prog Gen Move Out transfer (Kayle Maikai)  - Receipt #9376 | -1,350.00 |
| Chk - 28 | 12/26/2023 | CHONGGUO ZHONG | 486.45 |
| Chk - 29 | 12/26/2023 | Onelin Capital Corporation | 3,271.51 |
| Chk - 30 | 12/26/2023 | Ori Residential, Inc. | 5,348.51 |
| Chk - 31 | 12/26/2023 | Zhixin Liu | 67.95 |
| Chk - IB4DBRQIV7 | 12/26/2023 | Kazuhi Kanai | 392.42 |
| Chk - 201 | 12/26/2023 | Danya Shere | 94.60 |
| Chk - 202 | 12/26/2023 | Justin Monte | 250.00 |
| Chk - 203 | 12/26/2023 | Kayle Maikai | 930.27 |
| Chk - 204 | 12/26/2023 | Michael Lutterman | 73.30 |
| Chk - 205 | 12/26/2023 | Riya Dave | 30.71 |
| Chk - 207 | 12/26/2023 | YARDI SYSTEMS, INC. | 18.00 |
| Adj - RC 9360 | 12/27/2023 | Returned item Ayi Thierry Kissimbo | 1,340.00 |
| Adj - JE 615 | 12/31/2023 | Bank / wire fee wire $14 | 19.20 |
| Adj - JE 644 | 1/3/2024 | bank fee | 14.00 |
| Adj - JE 645 | 1/10/2024 | bank fee | 10.00 |
| Chk - 208 | 1/10/2024 | CenturyLink | 280.84 |
| Chk - 209 | 1/10/2024 | City of Seattle | 1,846.76 |
| Chk - 210 | 1/10/2024 | City of Seattle | 14,713.58 |
| Chk - 211 | 1/10/2024 | Graffiti Busters | 1,188.51 |
| Chk - 212 | 1/10/2024 | Hans Eineborg, Jr. | 23.63 |
| Chk - 213 | 1/10/2024 | Skyline Communications Inc | 589.84 |
| Chk - 214 | 1/10/2024 | Submeter Solutions | 186.00 |
| Chk - 215 | 1/10/2024 | YARDI SYSTEMS, INC. | 53.00 |
| Chk - 216 | 1/10/2024 | Zillow, Inc. | 295.00 |
| Chk - 32 | 1/16/2024 | CHONGGUO ZHONG | 115.00 |
| Chk - 33 | 1/16/2024 | Onelin Capital Corporation | 4,318.19 |
| Chk - 34 | 1/16/2024 | Ori Residential, Inc. | 158.94 |
| Chk - 35 | 1/16/2024 | Zhixin Liu | 64.32 |
| Chk - 36 | 1/16/2024 | Ori Residential, Inc. | 3,698.90 |
|  |  |  | 133,760.12 |

**B-1208 Pine, LLC: Case No. 24-10088-CMA - ATTACHMENT to SOFA Question 3**
**Payments from JPMorgan Chase Account 9280**
**10/01/2023 – 1/16/2024**

| Type | Date | Name | Credit | |
|---|---|---|---:|---|
| Bill Pmt -Check | 10/16/2023 | Parker Smith & Feek, Inc. | 313.00 | |
| Check | 10/16/2023 | Parker Smith & Feek, Inc. | 2,282.00 | |
| Check | 10/16/2023 | Parker Smith & Feek, Inc. | 2,282.00 | |
| Bill Pmt -Check | 10/23/2023 | Parker Smith & Feek, Inc. | 2,282.00 | |
| Bill Pmt -Check | 10/23/2023 | Parker Smith & Feek, Inc. | 2,282.00 | |
| Check | 10/23/2023 | Parker Smith & Feek, Inc. | 313.00 | |
| Bill Pmt -Check | 11/06/2023 | WA Secretary of State | 85.00 | |
| Bill Pmt -Check | 11/06/2023 | WA Secretary of State | 85.00 | |
| Bill Pmt -Check | 11/09/2023 | Alston, Courtnage & Bassetti LL | 3,465.00 | |
| Bill Pmt -Check | 11/09/2023 | Alston, Courtnage & Bassetti LL | 110.00 | |
| Bill Pmt -Check | 11/09/2023 | Smith, Currie, & Hancock | 27,270.98 | |
| Check | 11/16/2023 | Social Tea Capitol Hill LLC | 50,050.00 | |
| Bill Pmt -Check | 11/22/2023 | Smith, Currie, & Hancock | 414.27 | |
| Bill Pmt -Check | 12/21/2023 | Smith, Currie, & Hancock | 16,700.00 | |
| Bill Pmt -Check | 12/21/2023 | Submeter Solutions, Inc. | 198.00 | |
| Bill Pmt -Check | 12/21/2023 | Smith, Currie, & Hancock | 6,432.63 | |
| Bill Pmt -Check | 12/21/2023 | Alston, Courtnage & Bassetti LL | 3,740.00 | |
| Bill Pmt -Check | 12/21/2023 | Lane Powell | 1,692.90 | |
| Bill Pmt -Check | 12/22/2023 | Lane Powell | 284.40 | |
| Bill Pmt -Check | 12/28/2023 | WA Secretary of State | 95.00 | |
| Bill Pmt -Check | 12/28/2023 | HD Supply | 143.04 | |
| Check | 01/03/2024 | Cascade Capital Group, LLC | 50,000.00 | Duplicate payment to be voided |
| Check | 01/05/2024 | Cascade Capital Group, LLC | 50,000.00 | |
| Check | 01/05/2024 | Bush Kornfeld | 200,000.00 | |
| Bill Pmt -Check | 01/11/2024 | Hanlin Moss Yi | 3,500.00 | |
| Bill Pmt -Check | 01/11/2024 | Hanlin Moss Yi | 6,000.00 | |
| | | | 430,020.22 | |
| | | | **430,020.22** | |

# ATTACHMENT to SOFA Questions 4 & 13

As detailed in the *Declaration of James Wong Regarding Corporate Structure of Debtor and Related Entities* [Docket No. 134], B-1208 Pine, LLC ("B-1208" or the "Debtor") and its immediate parent, M-1208 Pine, LLC ("M-1208"), were created solely in connection with and as a condition of closing construction financing with Bank OZK and H.I.G. Realty Credit Holdings, LLC ("H.I.G. Realty"). The original investment entity formed by the developers for the Pivot Apartments project was Pine Esker, LLC ("Pine Esker"). As such, at the outset of the project, bank accounts were opened in the name of Pine Esker, and all investments and loans were deposited into such bank accounts. Specifically, and as shown in the Monthly Operating Reports filed at the outset of this Chapter 11 Case, the Debtor's deposit account at East West Bank, Acct. No. 4164 (the "Deposit Account"), the Debtor's operating account at East West Bank, Acct. No. 4693 (the "Operating Account"), and the Debtor's sweep account at JPMorgan Chase Bank, Acct. No. 9280 (the "Sweep Account," and together with the Deposit Account and Operating Account, the "Debtor Accounts") were all titled in the name of Pine Esker as they were opened prior to the formation of B-1208 and M-1208. *See, e.g.*, January Monthly Operating Report [Docket No. 73] and February Monthly Operating Report [Docket No. 85].

After the formation of B-1208 and M-1208 and financing obtained for the project, the Debtor accounts continued to be used uninterrupted for all their intended purposes in connection with the construction and operation of the Pivot Apartments. Financing funded by and obtained from Bank OZK and H.I.G. Realty was deposited into a Bank OZK Small Business Checking account, Acct. No. 8282 (the "Construction Account"), and, in consultation with the lenders, subsequently transferred to the Sweep Account to process payments to construction vendors. Financing subsequently obtained from Pivot Apartments Lender, LLC was deposited directly into

Docusign Envelope ID: 0BEB8940-A150-47C6-8726-56638ED4707E

any revenue or incurred expenses or other obligations independent of B-1208 and the Pivot Apartments.

The B-1208 Pine, LLC transfer disclosed in response to SOFA Question #4 is listed as a Debtor intracompany transfer, as funds were simply transferred between two Debtor Accounts – from the Operating Account to the Sweep Account.

The Vibrant Cities, LLC transfer disclosed in response to SOFA Question #4 represents payment of the property management fee paid in the ordinary course of business and pursuant to the Operating Agreement in place. The primary purpose of this property management fee was to reimburse Vibrant Cities for payment of its on-site resident property manager.

The various transfers disclosed in response to SOFA Question #13 denoted as Pine Esker payments were payments effectively made by the Debtor from the Debtor Accounts (held in the name of Pine Esker) for various Debtor obligations that flowed through Pine Esker due to the original corporate structure of the Pivot Apartments project.