

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re: B-1208 PINE, LLC

Case Number: 24-10088-CMA

**REQUEST TO BE ADDED OR REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)**

☑ **Request Courtesy Notification of Electronic Filing.**

I am an ECF participant and I wish to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification will be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered user of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to use the correct CM/ECF event and to select or add **Courtesy NEF as an Interested Party** to the above referenced case in order to receive a courtesy NEF</u>.

I further understand this request **DOES NOT** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use the CM/ECF docket event: **Request for Courtesy Notice of Electronic Filing (NEF).**

☐ **Request <u>Removal</u> from Courtesy Notification of Electronic Filing.**

By selecting this option, I am indicating that I no longer wish to receive courtesy notification of any documents, orders or pleadings entered on the docket in the above referenced case.

I will use CM/ECF docket event: **Request for Removal from Courtesy Notice of Electronic Filing (NEF)**

**(WARNING: This form must be used to be added or removed from receiving Courtesy NEFs. This form cannot be used for withdrawal or substitution of counsel**, LBR 2089-1 Withdrawal and Substitution of Counsel.**)**

October 17, 2024
**Date**

/s/ Mallory L.B. Satre
**Signature**