Honorable Christopher M. Alston
Chapter 11
Hearing Date: November 14, 2024
Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Date: November 7, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>B-1208 PINE, LLC,<br><br>Debtor. | Case No. 24-10088-MLB<br><br>**DECLARATION OF SERVICE** |

I, Nikea Smedley, hereby declare that on October 10, 2024, the following documents:

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT FOR PIVOT APARTMENT LENDER LLC'S PLAN OF LIQUIDATION FOR THE DEBTOR (the "Notice");

DISCLOSURE STATEMENT FOR PIVOT APARTMENT LENDER LLC'S PLAN OF LIQUIDATION FOR THE DEBTOR (the "Statement");

PIVOT APARTMENT LENDER LLC'S OBJECTION TO THE DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF LIQUIDATION (the "Objection"); and

PIVOT APARTMENT LENDER LLC'S PLAN OF LIQUIDATION FOR THE DEBTOR (the "Plan").

were uploaded electronically and served by Electronic Court File Noticing to those parties requesting special notice and who are ECF Participants.

In addition, on October 10, 2024, I caused true and correct copies of the Notice to be served by first-class, postage prepaid, US Mail to all creditors on the Debtor's mailing matrix attached hereto as Exhibit A.

DECLARATION OF SERVICE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 103056163.2

Case 24-10088-CMA    Doc 193    Filed 10/17/24    Ent. 10/17/24 13:12:20    Pg. 1 of 8

1    I declare the foregoing to be true and accurate to the best of my knowledge under
2    penalty of perjury of the laws of the United States of America.
3        Executed on October 17, 2024 at Seattle, Washington.

                                              */s/Nikea Smedley*
                                              Nikea Smedley, Legal Practice Assistant

DECLARATION OF SERVICE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 24-10088-CMA<br>Western District of Washington<br>Seattle<br>Thu Oct 10 15:17:35 PDT 2024 | B-1208 Pine LLC<br>606 Maynard Avenue S, Suite 251<br>Seattle, WA 98104-2958 | Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101-2373 |
| Walsh Construction Company II,LLC<br>Karr Tuttle Campbell<br>c/o Michael M. Feinberg<br>701 Fifth Ave, Suite 3300<br>Seattle, WA 98104-7055 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | ALSTON, COURTNAGE & BASSETTI<br>ATTN: CHARLES SHIGLEY<br>600 UNIVERSITY ST, SUITE 2310<br>SEATTLE, WA 98101-4112 |
| APARTMENTS LLC<br>2563 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0025 | ATTORNEY GENERAL OF THE<br>UNITED STATES<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | (p)AXOS BANK<br>4350 LA JOLLA VILLAGE DR<br>SUITE 100<br>SAN DIEGO CA 92122-1244 |
| AXOS BANK<br>P.O. BOX 911039<br>SAN DIEGO, CA 92191-1039 | BANK OZK<br>18000 CANTRELL ROAD<br>LITTLE ROCK, AR 72223-9729 | BANK OZK<br>P.O. BOX 196<br>OZARK, AR 72949-0196 |
| BEST FINISH CONCRETE, LLC<br>9311 52ND STREET SE<br>SNOHOMISH, WA 98290-9272 | BRIAN SHAFFER<br>4901 FAIRWOOD BLVD. NE<br>APT. 131<br>TACOMA, WA 98422-2129 | Brandi B. Balanda<br>Fennemore Craig, P.C.<br>1425 Fourth Avenue<br>Suite 800<br>Seatlle, WA 98101-2272 |
| CEMENT MASONS & PLASTERERS<br>TRUST FUNDS<br>C/O BARLOW COUGHRAN MORALES<br>1325 FOURTH AVE, SUITE 910<br>SEATTLE, WA 98101-4095 | CENTURYLINK<br>100 CENTURYLINK DRIVE<br>MONROE, LA 71203-2041 | CENTURYLINK<br>P.O. BOX 2961<br>PHOENIX, AZ 85062-2961 |
| CHONG GUO ZHONG<br>601 UNION ST, SUITE 1730<br>SEATTLE, WA 98101-2196 | CITY OF SEATTLE<br>OFFICE OF HOUSING<br>700 FIFTH AVE., SUITE 5700<br>SEATTLE, WA 98104-5032 | CITY OF SEATTLE DEP'T OF<br>FINANCE & ADMIN. SERVS.<br>700 5TH AVENUE, SUITE 4250<br>PO BOX 34214<br>SEATTLE, WA 98124-4214 |
| COMMODITY FUTURES TRADING<br>COMMISSION<br>1155 21ST STREET NW<br>WASHINGTON, DC 20581-0002 | (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Christine Lee and Omar Lee<br>18230,E.Valley Hwy#195<br>Kent, WA 98032-1232 |
| City of Seattle Department of Transportation<br>PO BOX 34996<br>SEATTLE, WA 98124-4996 | DANYA SHERE<br>3218 GONZALES ST., APT. 1337<br>AUSTIN, TX 78702-3870 | DARRYL WALTON<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 |
| DAVID E LINVILLE<br>4025 Delridge Way SW<br>Ste. 540<br>SEATTLE, WA 98106-1271 | DEEP KOTECHA<br>1301 1ST AVE., APT. 807<br>SEATTLE, WA 98101-2142 | EC ELECTRICAL CONSTRUCTION CO.<br>2121 NW THURMAN STREET<br>PORTLAND, OR 97210-2517 |

| | | |
|---|---|---|
| EC ELECTRICAL CONSTRUCTION CO.<br>C/O BALL JANIK LLP<br>ATTN: ANGELA M. OTTO<br>101 SW MAIN STREET, SUITE 1800<br>PORTLAND, OR 97204-3226 | FRONTIER DOOR & CABINET INC.<br>11721 STEELE STREET S.<br>TACOMA, WA 98444-1321 | GORDON PATTERSON<br>1350 W ELMDALE AVE., UNIT #3<br>CHICAGO, IL 60660-4985 |
| GRAFFITI BUSTERS LLC<br>4640 UNION BAY PLACE NE<br>SEATTLE, WA 98105-4027 | HANS EINEBORG, JR.<br>801 W BARRETT STREET<br>SEATTLE, WA 98119-1828 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPS.<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SVC (PHIL)<br>CENTALIZED INSOL OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | J. A. CARRILLO CONSTRUCTION LLC<br>4025 Delridge Way SW<br>Ste. 540<br>SEATTLE, WA 98106-1271 | J.A. CARRILLO CONSTRUCTION LLC<br>3105 123RD STREET SE<br>EVERETT, WA 98208-6146 |
| J.A. CARRILLO CONSTRUCTION LLC<br>33760 NE 95TH PLACE<br>CARNATION, WA 98014-6710 | J.A. CARRILLO CONSTRUCTION LLC<br>C/O LINVILLE LAW FIRM PLLC<br>800 FIFTH AVENUE, SUITE 3850<br>SEATTLE, WA 98104-3101 | JAMES L. DAY<br>BUSH KORNFELD LLP<br>601 UNION ST., SUITE 5000<br>SEATTLE, WA 98101-2373 |
| JAMES WONG<br>19 CRESENT KY<br>BELLEVUE, WA 98006-1009 | JUSTIN MONTE<br>161 HOPE STREET<br>BROOKLYN, NY 11211-5983 | KAYLE MAIKAI<br>8839 DELRIDGE WAY SW, APT. 203<br>SEATTLE, WA 98106-2257 |
| KING COUNTY TREASURY OPS.<br>KING STREET CENTER<br>201 S JACKSON STREET, #710<br>SEATTLE, WA 98104-3854 | KRISS & FEUERSTEIN LLP<br>ATTN: JEROLD C. FEUERSTEIN<br>360 LEXINGTON AVE, SUITE 1200<br>NEW YORK, NY 10017-6555 | LA COCINA OAXAQUENA<br>LA COCINA DE OAXACA LLC<br>1216 PINE STREET, SUITE 100<br>SEATTLE, WA 98101-1975 |
| LEMMON CARPET &<br>UPHOLSTERY CLEANERS<br>16825 48TH AVE. W., UNIT 341<br>LYNNWOOD, WA 98037-6408 | M-1208 Pine, LLC<br>606 Maynard Ave. S.<br>Seattle, WA 98104-2995 | MICHAEL LUTTERMAN<br>1823 MINOR AVE., APT. 2106<br>SEATTLE, WA 98101-0927 |
| NICHOLAS KISSINGER<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | OMAR POON POK LEE &<br>CHRISTINE LIN LEE<br>18230 EAST VALLEY HIGHWAY<br>SUITE 195<br>KENT, WA 98032-1232 | ONELIN CAPITAL CORPORATION<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 |
| ORI RESIDENTIAL, INC.<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 | PHYU AYE<br>12785 SE GATEWAY DRIVE<br>HAPPY VALLEY, OR 97086-6252 | PINE ESKER, LLC<br>606 MAYNARD AVE. S, SUITE 251<br>SEATTLE, WA 98104-2958 |
| PIVOT APARTMENTS LENDER LLC<br>520 MADISON AVENUE, SUITE 3501<br>NEW YORK, NY 10022-4434 | PIVOT APARTMENTS LENDER LLC<br>C/O FOSTER GARVEY PC<br>ATTN: DEBORAH A. CRABBE<br>1111 THIRD AVENUE, SUITE 3000<br>SEATTLE, WA 98101-3296 | PUGET SOUND ENERGY, INC.<br>355 110TH AVENUE NE #EST-11<br>BELLEVUE, WA 98004-5862 |

| | | |
|---|---|---|
| PUGET SOUND ENERGY, INC.<br>P.O. BOX 91269<br>BELLEVUE, WA 98009-9269 | RIYA DAVE<br>123 10TH AVE. E, APT. P407<br>SEATTLE, WA 98102-6244 | RYAN LOPEZ<br>2616 S 374TH PLACE<br>FEDERAL WAY, WA 98003-7517 |
| Raymond Cheng & Biwran Deng<br>Fennemore Craig, P.C.<br>1425 Fourth Avenue<br>Suite 800<br>Seatlle, WA 98101-2272 | SEATTLE CITY LIGHT<br>P.O. BOX 34023<br>SEATTLE, WA 98124-4023 | SEATTLE CITY LIGHT<br>P.O. BOX 35178<br>SEATTLE, WA 98124-5178 |
| SEATTLE PUBLIC UTILITIES<br>P.O. BOX 34018<br>SEATTLE, WA 98124-4018 | SEATTLE PUBLIC UTILITIES<br>P.O. BOX 35177<br>SEATTLE, WA 98124-5177 | SECURITIES & EXCHANGE COMM'N<br>OFFICE OF REORGANIZATION<br>444 S FLOWER STREET, SUITE 900<br>LOS ANGELES, CA 90071-2934 |
| SJS MECHANICAL SERVICES, LLC<br>2755 AIRPORT WAY S.<br>SEATTLE, WA 98134-2112 | SKYLINE COMMUNICATIONS, INC.<br>12002 BEVERLY PARK ROAD<br>SUITE A<br>EVERETT, WA 98204-3506 | SMITH, CURRIE & HANCOCK LLP<br>245 PEACHTREE CENTER AVENUE NE<br>MARQUIS ONE TOWER, SUITE 2700<br>ATLANTA, GA 30303-1227 |
| SOCIAL TEA CAPITOL HILL, LLC<br>11453 79TH WAY NE<br>KIRKLAND, WA 98034-5849 | SOCIAL TEA CAPITOL HILL, LLC<br>1212 PINE STREET<br>SEATTLE, WA 98101-1932 | SOLTERRA NEWCASTLE, LLC<br>606 MAYNARD AVE. S, SUITE 251<br>SEATTLE, WA 98104-2958 |
| SOUND MONITORING LLC<br>1117 28TH AVENUE CT. SW<br>PUYALLUP, WA 98373-1655 | SOUND MONITORING LLC<br>4227 S. MERIDIAN #C248<br>PUYALLUP, WA 98373-3603 | SOUTH POINT CAPITAL LLC<br>8245 WEST MERCER WAY<br>MERCER ISLAND, WA 98040-5630 |
| SOUTH POINT CAPITAL LLC<br>8350 164TH AVE. NE, SUITE 200<br>REDMOND, WA 98052-3813 | SOUTH POINT CAPITAL LLC<br>P.O. BOX 2633<br>REDMOND, WA 98073-2633 | SUBMETER SOLUTIONS, INC.<br>19115 68TH AVE. S, H108<br>KENT, WA 98032-2110 |
| SUBMETER SOLUTIONS, INC.<br>45 LOGAN AVENUE S.<br>RENTON, WA 98057-2039 | SUPER SONIC CLEANING SERV. LLC<br>15450 10TH AVENUE NE<br>SHORELINE, WA 98155-7015 | SUPER SONIC CLEANING SERV. LLC<br>P.O. BOX 31503<br>SEATTLE, WA 98103-1503 |
| U.S. SMALL BUSINESS ADMIN<br>LEGAL DEPT.<br>2401 FOURTH AVE. #400<br>SEATTLE, WA 98121-1430 | U.S. SMALL BUSINESS ADMIN.<br>510 L STREET<br>ROOM 310<br>ANCHORAGE, AK 99501-1952 | UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE<br>915 SECOND AVE.<br>SEATTLE, WA 98174-1009 |
| US ATTORNEY<br>ATTN BANKRUPTCY ASSISTANT<br>700 STEWART ST #5220<br>SEATTLE, WA 98101-4438 | US TREASURY<br>SECRETARY OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220-0001 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |

| | | |
|---|---|---|
| VIBRANT CITIES, LLC<br>606 MAYNARD AVENUE S.<br>SUITE 251<br>SEATTLE, WA 98104-2958 | (p)OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | WA DEPT OF EMP SEC-OLY<br>UI TAX ADMIN<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 |
| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | WA DEPT OF REV-SEA<br>BANKRUPTCY/CLAIMS UNIT<br>2101 4TH AVE #1400<br>SEATTLE, WA 98121-2300 | WA STATE DEP'T OF REVENUE<br>BANKRUPTCY/CLAIMS UNIT<br>2101 FOURTH AVENUE, SUITE 1400<br>SEATTLE, WA 98121-2300 |
| WALSH CONSTRUCTION CO. II, LLC<br>16400 SOUTHCENTER PARKWAY<br>SUITE 501<br>SEATTLE, WA 98188-3323 | WALSH CONSTRUCTION CO. II, LLC<br>929 W ADAMS STREET<br>CHICAGO, IL 60607-3021 | WALSH CONSTRUCTION CO. II, LLC<br>C/O AHLERS CRESSMAN & SLEIGHT<br>1325 FOURTH AVE, SUITE 1850<br>SEATTLE, WA 98101-2571 |
| WASABI SUSHI SEA LLC<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | WASABI SUSHI SEA LLC<br>12785 SE GATEWAY DRIVE<br>HAPPY VALLEY, OR 97086-6252 | YARDI SYSTEMS, INC.<br>430 S FAIRVIEW AVENUE<br>SANTA BARBARA, CA 93117-3637 |
| YARDI SYSTEMS, INC.<br>P.O. BOX 209412<br>AUSTIN, TX 78720-9280 | YVONNE OKAFOR<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | ZHIXIN LIU<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 |
| ZILLOW, INC.<br>1301 2ND AVENUE, FLOOR 36<br>SEATTLE, WA 98101-3800 | Douglas S Oles<br>Smith Currie Oles<br>600 University Street<br>Suite 1800<br>Seattle, WA 98101-4129 | Richard B Keeton<br>Bush Kornfeld LLP<br>601 Union Street<br>Suite 5000<br>Seattle, WA 98101-2373 |
| Thomas A Buford<br>Bush Kornfeld LLP<br>601 Union St, Ste 5000<br>Seattle, WA 98101-2373 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AXOS BANK<br>4350 LA JOLLA VILLAGE DRIVE<br>SUITE 140<br>SAN DIEGO, CA 92122 | CenturyTel Service Group, LLC dba CenturyLin<br>Centurylink, Inc<br>1025 El Dorado Blvd. (Attn: Legal-BKY)<br>Broomfield, CO 80021 | WA ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 5TH AVE #2000<br>SEATTLE, WA 98104 |
| WA DEPT OF L&I-OLY<br>COLLECTIONS<br>PO BOX 44171<br>OLYMPIA, WA 98504-4171 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cascade Capital Group                (u)Courtesy NEF                         (u)Pivot Apartments Lender LLC

(u)South Point Capital LLC              (d)APARTMENTS LLC                       (d)B-1208 PINE, LLC
 United States                          2563 Collection Center Drive            606 MAYNARD AVENUE S, SUITE 251
                                        Chicago, IL 60693-0025                  SEATTLE, WA 98104-2958

(d)James L Day                          End of Label Matrix
Bush Kornfeld LLP                       Mailable recipients   108
601 Union St Ste 5000                   Bypassed recipients     7
Seattle, WA 98101-2373                  Total                 115