Entered on Docket October 18, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>B-1208 Pine, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10088<br><br>ORDER ON UNITED STATES TRUSTEE'S MOTION FOR ORDER TO COMPEL DEBTOR TO LIST LESSEES ON SCHEDULE G |

This matter came before the Court on the United States Trustee's Motion for Order to Compel Debtor to List Lessees on Schedule G (the "Motion") [ECF No. 168]. The Court held a hearing on the Motion on October 17, 2024, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore,

IT IS HEREBY ORDERED as follows:

1. Tenants leasing residential units in the building known as Pivot Apartments located at 1208 Pine Street, Seattle, Washington, under leases that were unexpired as of January

Order - 1

16, 2024 (the "Residential Leases") shall not be bound by any plan proposed by B-1208 Pine, LLC (the "Debtor");

    2.    The Debtor or any other proponent of a plan may assume or reject any of the Residential Leases in a plan as authorized by 11 U.S.C. § 1123(b)(2); and

    3.    All other relief requested in the Motion is DENIED.

///END OF ORDER///

Order - 2