JAMES L. DAY (WSBA #20474)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jday@bskd.com, rkeeton@bskd.com

HONORABLE CHRISTOPHER M. ALSTON

**HEARING DATE:** **December 5, 2024**
**HEARING TIME:** **9:30 a.m. Pacific Time**
**RESPONSE DUE:** **November 27, 2024**
**LOCATION:** **Seattle Federal Courthouse**
**Courtroom 7206, 7th Floor**
**700 Stewart Street**
**Seattle, WA 98101**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

B-1208 PINE, LLC,

                        Debtor.

Chapter 11

Case No. 24-10088-CMA

**DECLARATION OF JAMES WONG IN SUPPORT OF DEBTOR'S MOTION FOR ORDER APPROVING EXTENDED CASH COLLATERAL BUDGET**

JAMES WONG declares as follows:

1.    I am the Manager of B-1208 Pine, LLC (the "<u>Debtor</u>"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify to the same. I make this declaration in support of the *Debtor's Motion for Order Approving Extended Cash Collateral Budget* (the "<u>Motion</u>").[1]

2.    By the Motion, the Debtor seeks an order of this Court supplementing the Final Cash Collateral Order with an amended and extended budget in the form attached to the proposed form of order on the Motion as Exhibit A. The Extended Budget starts in November 2024 and runs through

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DECLARATION OF JAMES WONG IN SUPPORT OF MOTION FOR
ORDER APPROVING EXTENDED CASH COLLATERAL BUDGET
– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk14fx011x

Case 24-10088-CMA    Doc 205    Filed 11/14/24    Ent. 11/14/24 15:43:31    Pg. 1 of 3

1  March 2025.  Based on the current status of the case involving competing liquidating plans and

2  disclosure statements, the Extended Budget assumes the Chapter 11 Case will not extend beyond

3  March 2025.  If it does, the Debtor will file a second extended budget if necessary.

4          3.      The Debtor proposes to continue using Cash Collateral pursuant to the terms set forth

5  in the Final Cash Collateral Order and the Extended Budget.  As supplemented by the Extended

6  Budget, the terms of the Final Cash Collateral Order will continue to control the Debtor's use of Cash

7  Collateral and remain in effect during the remaining pendency of this Chapter 11 Case.  The interests

8  of Pivot Lender will continue to be adequately protected as set forth in the Final Cash Collateral

9  Order, including but not limited to replacement liens, insurance, interest payments, retention of rights

10  under Bankruptcy Code § 507(b), and termination of use of Cash Collateral upon a Termination

11  Event.

12          4.      Also incorporated into the Extended Budget, the Debtor will pay to Pivot Lender any

13  excess cash it holds in its operating account above and beyond an operating reserve of $300,000 on a

14  quarterly basis, commencing December 15, 2024, and recurring on the fifteenth (15th) day of every

15  third month thereafter until the Effective Date of a confirmed chapter 11 plan, i.e., March 15, etc.

16  Any amounts paid by the Debtor pursuant to the Final Cash Collateral Order and in accordance with

17  the Extended Budget will be transferred to the payee free and clear of any lien of Pivot Lender.  The

18  Debtor would not otherwise use Cash Collateral for any purpose that is not authorized by the

19  Bankruptcy Code, the Final Cash Collateral Order, the Extended Budget, and any order granting this

20  Motion.

21          5.      The Debtor seeks to amend and supplement its initial Budget with the Extended Budget

22  that contains projected cash revenues and expenses for an additional five-month period, subject to

23  further extensions by order of this Court or by agreement between the Debtor and Pivot Lender.

DECLARATION OF JAMES WONG IN SUPPORT OF MOTION FOR
ORDER APPROVING EXTENDED CASH COLLATERAL BUDGET
– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk14fx011x

Docusign Envelope ID: A83295B4-C29C-4F8F-8FB8-48CC0A92CC0C

1  Aside from supplementing the initial Budget, the terms of the Final Cash Collateral Order will remain

2  the same and continue in effect, including adequate protection of Pivot Lender's interests and

3  collateral, except as otherwise provided in any order granting the Motion.  The Extended Budget was

4  prepared by the Debtor, utilizing generally accepted accounting principles and relying on financial

5  data and projections, and constitutes a reasonable projection of the Debtor's cash flow and should be

6  approved.

7

8      I declare under penalty of perjury that the foregoing is true and correct.

9      SIGNED this 14th day of November, 2024 at Seattle, Washington.

10

Signed by:

*James Wong*

D71AA18DB2B547C...

11  James Wong

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF JAMES WONG IN SUPPORT OF MOTION FOR
ORDER APPROVING EXTENDED CASH COLLATERAL BUDGET
– Page 3

hk14fx011x

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104