| | |
|---|---|
| JAMES L. DAY (WSBA #20474)<br>RICHARD B. KEETON (WSBA #51537)<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>Tel: (206) 292-2110<br>Emails: jday@bskd.com, rkeeton@bskd.com | HONORABLE CHRISTOPHER M. ALSTON<br>HEARING DATE: December 5, 2024<br>HEARING TIME: 9:30 a.m. Pacific Time<br>RESPONSE DUE: November 27, 2024<br>LOCATION: Seattle Federal Courthouse<br>Courtroom 7206, 7th Floor<br>700 Stewart Street<br>Seattle, WA 98101 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>B-1208 PINE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10088-CMA<br><br>**NOTICE OF HEARING ON SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP AS ATTORNEYS FOR THE DEBTOR** |

TO: THE CLERK OF THE COURT
AND TO: THE HONORABLE CHRISTOPHER M. ALSTON
AND TO: PARTIES-IN-INTEREST
HEARING DATE: **THURSDAY, DECEMBER 5, 2024**
HEARING TIME: **9:30 A.M. PACIFIC TIME**
RESPONSE DATE: **WEDNESDAY, NOVEMBER 27, 2024**
LOCATION: SEATTLE FEDERAL COURTHOUSE
700 STEWART STREET, COURTROOM 7206
SEATTLE, WASHINGTON 98101

**PLEASE TAKE NOTICE** that Bush Kornfeld LLP, attorneys for B-1208 Pine, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, has filed its *Second Interim Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP as Attorneys for the Debtor* (the "Application") [Docket No. 208] for the time period of May 1, 2024 through October 31, 2024. Specifically, Bush Kornfeld requests that the Court enter an order approving its attorneys' fees in the amount of $139,105.50 and reimbursement of expenses in the amount of $2,735.10, for a total award of $141,840.60.

**PLEASE TAKE FURTHER NOTICE** that the Application is on file with the above-captioned Court, together with supporting documents. Any party desiring information as to the details may request same from the Clerk of the Court or from the undersigned counsel.

NOTICE OF HEARING ON SECOND INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF BUSH KORNFELD LLP – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk14jf01zt

Case 24-10088-CMA    Doc 209    Filed 11/14/24    Ent. 11/14/24 15:58:16    Pg. 1 of 2

**PLEASE TAKE FURTHER NOTICE** that any party opposing or otherwise responding to the Application must file a response with the Court and serve a copy upon the undersigned counsel **on or before the Response Deadline, which is November 27, 2024**.

**PLEASE TAKE FURTHER NOTICE** that IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, enter an order approving the Application WITHOUT FURTHER NOTICE TO YOU.

DATED this 14th day of November, 2024.

BUSH KORNFELD LLP

By   */s/ James L. Day*
    James L. Day, WSBA #20474
    Richard B. Keeton, WSBA #51537
Attorneys for the Debtor

NOTICE OF HEARING ON SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk14jf01zt

Case 24-10088-CMA   Doc 209   Filed 11/14/24   Ent. 11/14/24 15:58:16   Pg. 2 of 2