| | | |
|---|---|---|
| JAMES L. DAY (WSBA #20474)<br>RICHARD B. KEETON (WSBA #51537)<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>Tel: (206) 292-2110<br>Emails: jday@bskd.com, rkeeton@bskd.com | | HONORABLE CHRISTOPHER M. ALSTON<br>HEARING DATE: December 5, 2024<br>HEARING TIME: 9:30 a.m. Pacific Time<br>RESPONSE DUE: November 27, 2024<br>LOCATION: Seattle Federal Courthouse<br>Courtroom 7206, 7th Floor<br>700 Stewart Street<br>Seattle, WA 98101 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>B-1208 PINE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10088-CMA<br><br>**PROOF OF SERVICE OF NOTICE OF HEARING ON SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP AS ATTORNEYS FOR THE DEBTOR** |

PAULA SUTTON declares:

1. I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

2. On the 14th day of November, 2024, I caused copies of the *Notice of Hearing on Second Interim Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP as Attorneys for the Debtor* [Dkt. 208] to be mailed U.S. First-Class mail, postage prepaid, to all creditors and parties-in-interest listed on the court's mailing matrix for this case, a copy of which is attached hereto as Exhibit A.

PROOF OF SERVICE OF NOTICE OF HEARING ON SECOND
INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP –
Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk14k201px

Case 24-10088-CMA    Doc 210    Filed 11/14/24    Ent. 11/14/24 16:01:11    Pg. 1 of 8

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 14th day of November, 2024, at Seattle, Washington.

       */s/ Paula Sutton*
       PAULA SUTTON

PROOF OF SERVICE OF NOTICE OF HEARING ON SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP – Page 2

hk14k201px

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 24-10088-CMA    Doc 210    Filed 11/14/24    Ent. 11/14/24 16:01:11    Pg. 2 of 8

# EXHIBIT A

```
Label Matrix for local noticing          ALSTON, COURTNAGE & BASSETTI          APARTMENTS LLC
0981-2                                   ATTN: CHARLES SHIGLEY                 2563 COLLECTION CENTER DRIVE
Case 24-10088-CMA                        600 UNIVERSITY ST, SUITE 2310         CHICAGO, IL 60693-0025
Western District of Washington           SEATTLE, WA 98101-4112
Seattle
Thu Nov 14 14:45:35 PST 2024

ATTORNEY GENERAL OF THE                  (p)AXOS BANK                          AXOS BANK
UNITED STATES                            4350 LA JOLLA VILLAGE DR              P.O. BOX 911039
US DEPARTMENT OF JUSTICE                 SUITE 100                             SAN DIEGO, CA 92191-1039
950 PENNSYLVANIA AVE. NW                 SAN DIEGO CA 92122-1244
WASHINGTON, DC 20530-0001

B-1208 PINE, LLC                         BANK OZK                              BANK OZK
606 MAYNARD AVENUE S, SUITE 251          18000 CANTRELL ROAD                   P.O. BOX 196
SEATTLE, WA 98104-2958                   LITTLE ROCK, AR 72223-9729            OZARK, AR 72949-0196

BEST FINISH CONCRETE, LLC                BRIAN SHAFFER                         Brandi Buehn Balanda
9311 52ND STREET SE                      4901 FAIRWOOD BLVD. NE                Fennemore Craig, P.C.
SNOHOMISH, WA 98290-9272                 APT. 131                              1425 Fourth Avenue Ste 800
                                         TACOMA, WA 98422-2129                 Seattle, WA 98101-2272

John T. Bender                           Brandi B. Balanda                     Thomas A Buford
K&L Gates LLP                            Fennemore Craig, P.C.                 Bush Kornfeld LLP
925 Fourth Avenue                        1425 Fourth Avenue                    601 Union St, Ste 5000
Suite 2900                               Suite 800                             Seattle, WA 98101-2373
Seattle, WA 98104-1158                   Seatlle, WA 98101-2272

Daniel J Bugbee                          Bush Kornfeld LLP                     CEMENT MASONS & PLASTERERS
DBS Law                                  601 Union Street, Suite  5000         TRUST FUNDS
155 NE 100th Street                      Seattle, WA 98101-2373                C/O BARLOW COUGHRAN MORALES
Suite 205                                                                      1325 FOURTH AVE, SUITE 910
Seattle, WA 98125-8015                                                         SEATTLE, WA 98101-4095

CENTURYLINK                              CENTURYLINK                           CHONG GUO ZHONG
100 CENTURYLINK DRIVE                    P.O. BOX 2961                         601 UNION ST, SUITE 1730
MONROE, LA 71203-2041                    PHOENIX, AZ 85062-2961                SEATTLE, WA 98101-2196

CITY OF SEATTLE                          CITY OF SEATTLE DEP'T OF              COMMODITY FUTURES TRADING
OFFICE OF HOUSING                        FINANCE & ADMIN. SERVS.               COMMISSION
700 FIFTH AVE., SUITE 5700               700 5TH AVENUE, SUITE 4250            1155 21ST STREET NW
SEATTLE, WA 98104-5032                   PO BOX 34214                          WASHINGTON, DC 20581-0002
                                         SEATTLE, WA 98124-4214

(p)QWEST CORPORATION DBA CENTURYLINK QC  Christine Lee and Omar Lee            City of Seattle Department of Transportation
ATTN C/O LUMEN TECHNOLOGIES              18230,E.Valley Hwy#195                PO BOX 34996
931 14th Street, 9th Floor               Kent, WA 98032-1232                   SEATTLE, WA 98124-4996
BROOMFIELD, CO 80202

Deborah A Crabbe                         DANYA SHERE                           DARRYL WALTON
Foster Garvey PC                         3218 GONZALES ST., APT. 1337          1208 PINE STREET
1111 Third Avenue                        AUSTIN, TX 78702-3870                 SEATTLE, WA 98101-5500
Suite 3000
Seattle, WA 98101-3299
```

| | | |
|---|---|---|
| DAVID E LINVILLE<br>4025 Delridge Way SW<br>Ste. 540<br>SEATTLE, WA 98106-1271 | DEEP KOTECHA<br>1301 1ST AVE., APT. 807<br>SEATTLE, WA 98101-2142 | James L Day<br>Bush Kornfeld LLP<br>601 Union St Ste 5000<br>Seattle, WA 98101-2373 |
| EC ELECTRICAL CONSTRUCTION CO.<br>2121 NW THURMAN STREET<br>PORTLAND, OR 97210-2517 | EC ELECTRICAL CONSTRUCTION CO.<br>C/O BALL JANIK LLP<br>ATTN: ANGELA M. OTTO<br>101 SW MAIN STREET, SUITE 1800<br>PORTLAND, OR 97204-3226 | Christopher G Emch<br>Foster Garvey PC<br>1111 Third Avenue<br>Suite 3000<br>Seattle, WA 98101-3296 |
| FRONTIER DOOR & CABINET INC.<br>11721 STEELE STREET S.<br>TACOMA, WA 98444-1321 | Michael M Feinberg<br>Karr Tuttle Campbell<br>701 5th Ave Ste 3300<br>Seattle, WA 98104-7055 | Jerold C Feuerstein<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue<br>Suite 1200<br>New York, NY 10017-6555 |
| GORDON PATTERSON<br>1350 W ELMDALE AVE., UNIT #3<br>CHICAGO, IL 60660-4985 | GRAFFITI BUSTERS LLC<br>4640 UNION BAY PLACE NE<br>SEATTLE, WA 98105-4027 | HANS EINEBORG, JR.<br>801 W BARRETT STREET<br>SEATTLE, WA 98119-1828 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPS.<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SVC (PHIL)<br>CENTALIZED INSOL OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | J. A. CARRILLO CONSTRUCTION LLC<br>4025 Delridge Way SW<br>Ste. 540<br>SEATTLE, WA 98106-1271 |
| J.A. CARRILLO CONSTRUCTION LLC<br>3105 123RD STREET SE<br>EVERETT, WA 98208-6146 | J.A. CARRILLO CONSTRUCTION LLC<br>33760 NE 95TH PLACE<br>CARNATION, WA 98014-6710 | J.A. CARRILLO CONSTRUCTION LLC<br>C/O LINVILLE LAW FIRM PLLC<br>800 FIFTH AVENUE, SUITE 3850<br>SEATTLE, WA 98104-3101 |
| JAMES WONG<br>19 CRESENT KY<br>BELLEVUE, WA 98006-1009 | JUSTIN MONTE<br>161 HOPE STREET<br>BROOKLYN, NY 11211-5983 | Matthew J.P. Johnson<br>Office of the U.S. Trustee<br>700 Stewart Street<br>Ste 5103<br>Seattle, WA 98101-4438 |
| KAYLE MAIKAI<br>8839 DELRIDGE WAY SW, APT. 203<br>SEATTLE, WA 98106-2257 | KING COUNTY TREASURY OPS.<br>KING STREET CENTER<br>201 S JACKSON STREET, #710<br>SEATTLE, WA 98104-3854 | KRISS & FEUERSTEIN LLP<br>ATTN: JEROLD C. FEUERSTEIN<br>360 LEXINGTON AVE, SUITE 1200<br>NEW YORK, NY 10017-6555 |
| Richard B Keeton<br>Bush Kornfeld LLP<br>601 Union Street<br>Suite 5000<br>Seattle, WA 98101-2373 | Stuart L Kossar<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue<br>Suite 1200<br>New York, NY 10017-6555 | LA COCINA OAXAQUENA<br>LA COCINA DE OAXACA LLC<br>1216 PINE STREET, SUITE 100<br>SEATTLE, WA 98101-1975 |
| LEMMON CARPET &<br>UPHOLSTERY CLEANERS<br>16825 48TH AVE. W., UNIT 341<br>LYNNWOOD, WA 98037-6408 | Wendy E. Lyon<br>Fox Rothschild LLP<br>1001 Fourth Avenue<br>Suite 4400<br>Seattle, WA 98154-1192 | M-1208 Pine, LLC<br>606 Maynard Ave. S.<br>Seattle, WA 98104-2995 |

| | | |
|---|---|---|
| MICHAEL LUTTERMAN<br>1823 MINOR AVE., APT. 2106<br>SEATTLE, WA 98101-0927 | NICHOLAS KISSINGER<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | OMAR POON POK LEE &<br>CHRISTINE LIN LEE<br>18230 EAST VALLEY HIGHWAY<br>SUITE 195<br>KENT, WA 98032-1232 |
| ONELIN CAPITAL CORPORATION<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 | ORI RESIDENTIAL, INC.<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 | Douglas S Oles<br>Smith Currie Oles<br>600 University Street<br>Suite 1800<br>Seattle, WA 98101-4129 |
| PHYU AYE<br>12785 SE GATEWAY DRIVE<br>HAPPY VALLEY, OR 97086-6252 | PINE ESKER, LLC<br>606 MAYNARD AVE. S, SUITE 251<br>SEATTLE, WA 98104-2958 | PIVOT APARTMENTS LENDER LLC<br>520 MADISON AVENUE, SUITE 3501<br>NEW YORK, NY 10022-4434 |
| PIVOT APARTMENTS LENDER LLC<br>C/O FOSTER GARVEY PC<br>ATTN: DEBORAH A. CRABBE<br>1111 THIRD AVENUE, SUITE 3000<br>SEATTLE, WA 98101-3296 | PUGET SOUND ENERGY, INC.<br>355 110TH AVENUE NE #EST-11<br>BELLEVUE, WA 98004-5862 | PUGET SOUND ENERGY, INC.<br>P.O. BOX 91269<br>BELLEVUE, WA 98009-9269 |
| David P Papiez<br>Fox Rothschild LLP<br>1001 4th Ave<br>Suite 4400<br>Seattle, WA 98154-1192 | Britenae Pierce<br>Ryan Swanson & Cleveland PLLC<br>401 Union Street<br>Suite 1500<br>Seattle, WA 98101-2645 | RIYA DAVE<br>123 10TH AVE. E, APT. P407<br>SEATTLE, WA 98102-6244 |
| RYAN LOPEZ<br>2616 S 374TH PLACE<br>FEDERAL WAY, WA 98003-7517 | Amit D. Ranade<br>Snell & Wilmer<br>600 University Street<br>Suite 310<br>Seattle, WA 98101-4196 | Raymond Cheng & Biwran Deng<br>Fennemore Craig, P.C.<br>1425 Fourth Avenue<br>Suite 800<br>Seatlle, WA 98101-2272 |
| SEATTLE CITY LIGHT<br>P.O. BOX 34023<br>SEATTLE, WA 98124-4023 | SEATTLE CITY LIGHT<br>P.O. BOX 35178<br>SEATTLE, WA 98124-5178 | SEATTLE PUBLIC UTILITIES<br>P.O. BOX 34018<br>SEATTLE, WA 98124-4018 |
| SEATTLE PUBLIC UTILITIES<br>P.O. BOX 35177<br>SEATTLE, WA 98124-5177 | SECURITIES & EXCHANGE COMM'N<br>OFFICE OF REORGANIZATION<br>444 S FLOWER STREET, SUITE 900<br>LOS ANGELES, CA 90071-2934 | SJS MECHANICAL SERVICES, LLC<br>2755 AIRPORT WAY S.<br>SEATTLE, WA 98134-2112 |
| SKYLINE COMMUNICATIONS, INC.<br>12002 BEVERLY PARK ROAD<br>SUITE A<br>EVERETT, WA 98204-3506 | SMITH, CURRIE & HANCOCK LLP<br>245 PEACHTREE CENTER AVENUE NE<br>MARQUIS ONE TOWER, SUITE 2700<br>ATLANTA, GA 30303-1227 | SOCIAL TEA CAPITOL HILL, LLC<br>11453 79TH WAY NE<br>KIRKLAND, WA 98034-5849 |
| SOCIAL TEA CAPITOL HILL, LLC<br>1212 PINE STREET<br>SEATTLE, WA 98101-1932 | SOLTERRA NEWCASTLE, LLC<br>606 MAYNARD AVE. S, SUITE 251<br>SEATTLE, WA 98104-2958 | SOUND MONITORING LLC<br>1117 28TH AVENUE CT. SW<br>PUYALLUP, WA 98373-1655 |

| | | |
|---|---|---|
| SOUND MONITORING LLC<br>4227 S. MERIDIAN #C248<br>PUYALLUP, WA 98373-3603 | SOUTH POINT CAPITAL LLC<br>8245 WEST MERCER WAY<br>MERCER ISLAND, WA 98040-5630 | SOUTH POINT CAPITAL LLC<br>8350 164TH AVE. NE, SUITE 200<br>REDMOND, WA 98052-3813 |
| SOUTH POINT CAPITAL LLC<br>P.O. BOX 2633<br>REDMOND, WA 98073-2633 | SUBMETER SOLUTIONS, INC.<br>19115 68TH AVE. S, H108<br>KENT, WA 98032-2110 | SUBMETER SOLUTIONS, INC.<br>45 LOGAN AVENUE S.<br>RENTON, WA 98057-2039 |
| SUPER SONIC CLEANING SERV. LLC<br>15450 10TH AVENUE NE<br>SHORELINE, WA 98155-7015 | SUPER SONIC CLEANING SERV. LLC<br>P.O. BOX 31503<br>SEATTLE, WA 98103-1503 | Mallory Lynn Bouchee Satre<br>Snell & Wilmer<br>600 University Street<br>Suite 310<br>Seattle, WA 98101-4196 |
| U.S. SMALL BUSINESS ADMIN<br>LEGAL DEPT.<br>2401 FOURTH AVE. #400<br>SEATTLE, WA 98121-1430 | U.S. SMALL BUSINESS ADMIN.<br>510 L STREET<br>ROOM 310<br>ANCHORAGE, AK 99501-1952 | UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE<br>915 SECOND AVE.<br>SEATTLE, WA 98174-1009 |
| US ATTORNEY<br>ATTN BANKRUPTCY ASSISTANT<br>700 STEWART ST #5220<br>SEATTLE, WA 98101-4438 | US TREASURY<br>SECRETARY OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220-0001 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| VIBRANT CITIES, LLC<br>606 MAYNARD AVENUE S.<br>SUITE 251<br>SEATTLE, WA 98104-2958 | (p)OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE SUITE 2000<br>SEATTLE WA 98104-3188 | WA DEPT OF EMP SEC-OLY<br>UI TAX ADMIN<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 |
| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | WA DEPT OF REV-SEA<br>BANKRUPTCY/CLAIMS UNIT<br>2101 4TH AVE #1400<br>SEATTLE, WA 98121-2300 | WA STATE DEP'T OF REVENUE<br>BANKRUPTCY/CLAIMS UNIT<br>2101 FOURTH AVENUE, SUITE 1400<br>SEATTLE, WA 98121-2300 |
| WALSH CONSTRUCTION CO. II, LLC<br>16400 SOUTHCENTER PARKWAY<br>SUITE 501<br>SEATTLE, WA 98188-3323 | WALSH CONSTRUCTION CO. II, LLC<br>929 W ADAMS STREET<br>CHICAGO, IL 60607-3021 | WALSH CONSTRUCTION CO. II, LLC<br>C/O AHLERS CRESSMAN & SLEIGHT<br>1325 FOURTH AVE, SUITE 1850<br>SEATTLE, WA 98101-2571 |
| WASABI SUSHI SEA LLC<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | WASABI SUSHI SEA LLC<br>12785 SE GATEWAY DRIVE<br>HAPPY VALLEY, OR 97086-6252 | Walsh Construction Company II, LLC<br>Karr Tuttle Campbell<br>c/o Michael M. Feinberg<br>701 Fifth Ave, Suite 3300<br>Seattle, WA 98104-7055 |
| Lindsay Taft Watkins<br>Ahlers Cressman & Sleight PLLC<br>1325 4th Avenue<br>Suite 1850<br>Seattle, WA 98101-2571 | YARDI SYSTEMS, INC.<br>430 S FAIRVIEW AVENUE<br>SANTA BARBARA, CA 93117-3637 | YARDI SYSTEMS, INC.<br>P.O. BOX 209412<br>AUSTIN, TX 78720-9280 |

| | | |
|---|---|---|
| YVONNE OKAFOR<br>1208 PINE STREET<br>SEATTLE, WA 98101-5500 | ZHIXIN LIU<br>601 UNION STREET, SUITE 1730<br>SEATTLE, WA 98101-2196 | ZILLOW, INC.<br>1301 2ND AVENUE, FLOOR 36<br>SEATTLE, WA 98101-3800 |

Daniel N Zinman
Kriss & Feuerstein LLP
360 Lexington Avenue
Suite 1200
New York, NY 10017-6555

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AXOS BANK<br>4350 LA JOLLA VILLAGE DRIVE<br>SUITE 140<br>SAN DIEGO, CA 92122 | CenturyTel Service Group, LLC dba CenturyLin<br>Centurylink, Inc<br>1025 El Dorado Blvd. (Attn: Legal-BKY)<br>Broomfield, CO 80021 | WA ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 5TH AVE  #2000<br>SEATTLE, WA 98104 |

WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)APARTMENTS LLC<br>2563 Collection Center Drive<br>Chicago, IL 60693-0025 | (d)B-1208 Pine LLC<br>606 Maynard Avenue S, Suite 251<br>Seattle, WA 98104-2958 | (u)Cascade Capital Group |
| (u)Courtesy NEF | (d)JAMES L. DAY<br>BUSH KORNFELD LLP<br>601 UNION ST., SUITE 5000<br>SEATTLE, WA 98101-2373 | (u)Pivot Apartments Lender LLC |
| (u)South Point Capital LLC<br> United States | End of Label Matrix<br>Mailable recipients   123<br>Bypassed recipients     7<br>Total                 130 | |