# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

B-1208 PINE, LLC,

                Debtor.

Case No. 24-10088-CMA

**BID PROCEDURES**

**BID PROCEDURES**

The following bid procedures (the "Bid Procedures"), which were approved by an order [ECF No. ____] (the "Bid Procedures Approval Order") for the United States Bankruptcy Court for the Western District of Washington (the "Bankruptcy Court") dated November __, 2024 in the above captioned bankruptcy case of B-1208 Pine, LLC (the "Debtor"), shall govern the auction and sale of the real property and related fixtures (and the Property Causes of Action) commonly known as the Pivot Apartments, located at 1208 Pine Street, Seattle, Washington (the "Property"), described in that certain *Pivot Apartment Lender LLC's Amended Plan of Liquidation for the Debtor* filed in the Debtor's bankruptcy case (the "Plan") (ECF No. ___),[1] proposed and filed by Pivot Apartment Lender LLC (the "Lender" or the "Proponent"), a secured creditor of the Debtor. The Proponent is seeking confirmation of the Plan at a confirmation hearing scheduled to begin on January 9, 2025 at 1:30 p.m. Following the auction, which shall take place following the

---

[1] All capitalized terms not defined herein shall have the definition set forth in the Plan.

BID PROCEDURES - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA    Doc 211-1    Filed 11/19/24    Ent. 11/19/24 15:10:03    Pg. 2 of 13

confirmation of the Plan, the Proponent will seek entry of an order from the Bankruptcy Court authorizing and approving the Sale of the Property free and clear of liens, claims, encumbrances, and interests (subject to certain exceptions listed in paragraph B(ii) and B(iii) below), to the Successful Bidder (as defined below) as may be made at the Auction (as defined below).

A. <u>Approvals</u>. The proposed sale shall in all respects be subject to approval by the Bankruptcy Court (including confirmation of the Plan) and in compliance with (i) the applicable provisions of the Bankruptcy Code, (ii) the Bankruptcy Rules, and (iii) other applicable rules and law.

B. <u>Assets to be Sold</u>. The assets to be sold shall consist of the Property, which will be sold as provided herein:

(i) The sale (the "<u>Sale</u>") of the Property will be auctioned by Eastdil Secured or such other broker to whom Proponent and the Debtor agree (the "<u>Broker</u>") or its affiliates or agents, who has been retained by the the Debtor as its exclusive broker. Such sale shall be free and clear of liens, claims, encumbrances and interests, except as provided in B.(ii) and (iii) below.

C. <u>Sale As Is, Where Is</u>. The Property shall be sold as is, where is, without any representation or warranty of any type whatsoever.

D. <u>Qualification of Bidders</u>. Any potential bidder, other than the Lender (or its nominee(s), designee(s) or assignee(s)), who is already a qualified bidder (the "<u>Secured Creditor</u>"), who wishes to submit a bid with respect to the Property must demonstrate to the satisfaction of the Broker and the Proponent that such potential bidder is a "Qualified Bidder." A Qualified Bidder is a potential bidder who delivers to the Broker a written and signed, binding offer **on or before the Bid Deadline** (as defined below) that:

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA    Doc 211-1    Filed 11/19/24    Ent. 11/19/24 15:10:03    Pg. 3 of 13

(i) is a bid for the Property in its entirety for a cash price equal to or greater than $33,000,000, which can be lowered by the Broker and the Proponent, with notice given by the Broker to all interested parties;

(ii) states that the bidder is prepared to enter into a legally binding purchase and sale agreement ("PSA") for the acquisition of the applicable Property or Properties on terms and conditions reasonably acceptable to the Proponents and the Broker (as determined by the Proponents and the Broker in their reasonable business judgment), including by marking up the PSA, which will be provided to the Bidder at least 14 days prior to the Bid Deadline, to indicate what the Bidder would be willing to execute;

(iii) states the bidder's offer is irrevocable, and not contingent;

(iv) does not request or entitle the bidder to any transaction or break-up fee, expense reimbursement or similar type of payment;

(v) fully discloses the identity of each entity that will be bidding for the Property (the "Potential Bidder") or otherwise participating in connection with such bid on behalf of the Potential Bidder, the terms of any such participation (including if the Potential Bidder is an entity formed for the purpose of consummating the proposed transaction contemplated by the bid, the equity holder or other financial backer), the Potential Bidder's address, telephone number and email address where the bidder may be contacted;

(vi) is accompanied by evidence that a good faith deposit in the amount of 10% (the "Good Faith Deposit"), in immediately available funds, has been made (or is concurrently being made) by wire transfer to a title company to be chosen by the Lender that will be identified to all interested potential bidders in advance of the Bid Deadline, as escrow agent (the "Escrow

BID PROCEDURES - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Agent"), pursuant to wire instructions to be provided by the Broker and/or the Escrow Agent, and acknowledges that the Good Faith Deposit shall be held by the Escrow Agent in a non-interest bearing, segregated, account of the Escrow Agent for the Debtor's estate in accordance with the terms hereof;

(vii) states that the bidder is financially capable of consummating the transaction contemplated by the bidder's bid and any increased or modified bid that may be made at the Auction;

(viii) is accompanied by financial information satisfactory to the Broker that fairly and reasonably demonstrates the Potential Bidder's ability (and the sources of the Potential Bidder's ability) to close on its purchase of the Properties if the Potential Bidder should be the Successful Bidder (as defined below), in an amount at least as much as its bid as necessary to consummate the transaction contemplated by the bidder's bid and any increased or modified bid that may be made at the Auction;

(ix) includes an executed original of these Bid Procedures acknowledging and agreeing to these Bid Procedures and all the terms thereof, including the following:

1. If the Potential Bidder is a partner, officer, director, stockholder, agent, employee, insider or affiliate of the Debtor, the Debtor's principal(s), the Broker or any relative of any of the foregoing, such a Potential Bidder must so disclose the exact nature of its relationship with the foregoing entities;

2. the Potential Bidder relied solely on its own independent investigation, analysis, appraisal, and evaluation of the Property and

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

it did not rely upon and did not receive any written or oral statements, representations, warranties, promises or guarantees whatsoever, whether express or implied or by operation of law or otherwise, with respect to the Property; and

  3. the Potential Bidder's bid is irrevocable until the earlier of the Closing Date (as defined herein) or until its bid is affirmatively rejected;

(x) includes evidence of authorization and approval from the bidder's board of directors (or comparable governing body) with respect to the submission, execution, delivery, and closing of a PSA, if applicable;

(xi) States that the Potential Bidder is not an "Insider" (as that term is defined under the Bankruptcy Code) of the Debtor; and

(xii) contains other information reasonably requested by the Proponent and/or Broker.

A –bid meeting the above requirements shall constitute a "Qualified Bid". The Broker shall make a determination regarding whether a bid is a Qualified Bid and shall notify bidders whether their bids have been determined to be qualified by no later than 4:00 p.m. three business days prior to the date of the applicable Auction.

E. <u>Buyer's Premium</u>. Consistent with the retention agreement between the Debtor and the Broker approved by the Bankruptcy Court in an order, the Buyer's Premium shall be the amount of the Broker's expenses approved by the Bankruptcy Court <u>and</u>: (1) $50,000 to be paid by the Lender (or its designee, assignee or nominee), if the Lender or its nominee, designee or assignee is the Successful Bidder (or the Back-up Bidder if the sale closes with the Back-up Bidder) at the auction and closes on its purchase of the Property; or (2) 0.75% of the gross sale price of the Property.

BID PROCEDURES - 5

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

  Gross sale price shall include, without limitation, any cash consideration paid or payable in connection with a sale, the then outstanding principal balances of any mortgages or deed of trust constituting a lien on the Property assumed, or to which the Property is taken subject, by the purchaser, the face amount of any seller financing provided by the Lender and the fair market value of all other consideration payable (including, without limitation, insurance proceeds) in connection with the sale of the Property, without deduction for closing expenses, adjustments or costs of any kind. For purposes of calculating fair market value, any securities constituting a part of such consideration that are publicly traded shall be valued at the last closing price thereof (or, if applicable, the mean between the latest bid and asked prices) prior to the date of the consummation of the acquisition; non-publicly traded securities or other assets shall be valued at their fair market value as determine by agreement among the purchaser, the Lender and the Broker. Any Buyer's Premium payable must be paid to the Broker at closing.

F. <u>Deposits Following Auction</u>. Subject only to Section (E) hereinabove, if the Potential Bidder becomes the Successful Bidder as to the Property, it shall, within two (2) business days after the Auction, increase the Deposit as necessary to an amount equal to ten (10%) percent of (i) the final bid at the Auction, plus (ii) the Buyer's Premium (not counting to be approved expenses), within 48 hours of the Auction TIME BEING OF THE ESSENCE. Failure to comply with this requirement shall result in an immediate (i) default under the terms of these Bid Procedures; and (ii) forfeiture of the Successful Bidder's Deposit. If a Potential Bidder is not the Successful Bidder or the Back-up Bidder (as defined below) as to the Property, such Potential Bidder's Deposit shall be returned to such Potential Bidder within 5 business days after the conclusion of the Auction. The Successful

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA Doc 211-1 Filed 11/19/24 Ent. 11/19/24 15:10:03 Pg. 7 of 13

Bidder and Back-up Bidder's Deposits shall be held pending the closing. If the Sale to the Successful Bidder closes as to the Property, the Back-up Bidder's Deposit for the Property shall be returned within 5 business days of such closing.

G. <u>Closing Deadline</u>. The Successful Bidder shall close on the purchase of the Property within 30 days of the Auction of the Property, TIME BEING OF THE ESSENCE. The obligation to close is contingent on the Bankruptcy Court entering an order approving the Sale of such Property to the Successful Bidder; provided, however, that the Closing Date may take place on such other date as the Proponent and the Successful Bidder may mutually agree to in writing, or on such other date as may otherwise be directed by Order of the Bankruptcy Court (such date, the "<u>Closing Date</u>"), with TIME BEING OF THE ESSENCE AS TO THE SUCCESSFUL BIDDER'S OBLIGATION TO CLOSE ON THE CLOSING DATE AND TO PAY THE BALANCE OF THE PURCHASE PRICE AT THE CLOSING. The Proponents will use their reasonable best efforts to obtain an order of the Bankruptcy Court approving each sale and a finding of good faith and non-collusive behavior of such sale pursuant to Section 363(m) and (n) of the Bankruptcy Code within two weeks of the completion of the Auction. The Successful Bidder and the Back-up Bidder will file any affirmation or similar document (with exhibits if necessary) that the Bankruptcy Court or the Proponent requires to enable the Proponent to obtain such an order from the Bankruptcy Court within two (2) business days of the Auction, TIME BEING OF THE ESSENCE.

H. <u>The Lender as a Qualified Bidder</u>. Notwithstanding anything herein to the contrary, the Lender or its nominee, designee or assignee is a Qualified Bidder and is entitled to credit bid -up to and including the total Allowed amount of its claim as of the Auction Date for the Property pursuant to 11 U.S.C. § 363(k), without the need for

BID PROCEDURES - 7

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA    Doc 211-1    Filed 11/19/24    Ent. 11/19/24 15:10:03    Pg. 8 of 13

any deposit or fulfilling the other requirements for a Potential Bidder to be a Qualifying Bidder, and, although under no obligation to credit bid more than the minimum bid amount set forth in the Bid Procedures. In the event there are no other bidders for the Property other than the Lender (or its nominee(s), designee(s) or assignee(s)), the amount of such credit bid shall be the minimum bid amount set forth in the Bid Procedures.

    I.    <u>Bid Deadline</u>. **All Qualified Bids for the Property must be submitted on or before April 30, 2025 (the "<u>Bid Deadline</u>")** unless extended by the Proponent in its discretion with notice to be provided to all parties that have expressed serious interest (as determined by the Broker) in potentially bidding on the Property. On or prior to the Bid Deadline, Qualified Bidders shall deliver written copies of their bids to: (1) the Broker; and (2) counsel to the Lender, Kriss & Feuerstein, LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017, Attn: Jerold C. Feuerstein, Esq., Jerold C. Feuerstein, Esq. and Daniel N. Zinman, Esq. with a copy to the following email addresses: jfeuerstein@kandfllp.com and dzinman@kandfllp.com.

    J.    <u>Auction</u>. In the event that the Broker and the Proponent receive before the Bid Deadline one or more bids that the Proponent and the Broker deem in their discretion to constitute Qualified Bids (other than by the Lender (or its nominee, designee or assignee)) as to the Property, the Broker shall conduct an auction with respect to the Property (the "<u>Auction</u>"). The Auction shall take place on May 5, 2025 at 10:00 a.m. (prevailing Pacific time) for the Property (the "<u>Auction Time</u>") at the Property or such other place and time as the Broker shall notify all Qualified Bidders, the Debtor, the Proponent, and other invitees via e-mail or facsimile not later than one (1) business day before the Auction Time (or re-scheduled Auction

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Time, as applicable); provided, however, that the Broker may designate the Auction as an on-line auction and provide each Qualified Bidder with the appropriate instructions to participate in same, if the Broker deems it necessary or advisable, in the Broker's sole and absolute discretion. If, however, no such other Qualified Bid is received by the Bid Deadline with respect to the Property, then the Auction will not be held as to the Property, and the Broker shall so notify the Proponent no later than one (1) business day after the applicable Bid Deadline and the Proponent shall proceed to seek approval of the Bankruptcy Court of the sale of such Property to the Lender (or its nominee, designee, or assignee) based on the Lender's credit bid. The Auction shall be governed by the following procedures:

(i) Only authorized representatives and respective counsel of each of the Qualified Bidders, the Proponent, the Debtor, and the Broker shall be permitted to attend and participate at the Auction, unless otherwise agreed to by the Broker in its sole discretion;

(ii) Only the Lender (or its nominee(s), designee(s) or assignee(s)) and other Qualified Bidders shall be entitled to make any subsequent bids at the Auction;

(iii) The Lender (or its nominee(s), designee(s) or assignee(s)) and each other Qualified Bidder shall be required to confirm that it has not engaged in any collusion with respect to the bidding or the sale;

(iv) Bidding shall commence at the amount of the highest and best Qualified Bid submitted by the Qualified Bidders by the Bid Deadline;

(v) The Broker shall have the exclusive right to set the bidding increments;

(vi) The Lender (or its nominee(s), designee(s) or assignee(s)), the Debtor, and other Qualified Bidders shall participate in person at the Auction (or through

BID PROCEDURES - 9

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA    Doc 211-1    Filed 11/19/24    Ent. 11/19/24 15:10:03    Pg. 10 of 13

a method designated by Broker, including physically present or present through electronic means, such as Zoom), through a duly authorized representative with authority to bind the entity;

(vii) The Auction will be conducted so that the Lender (or its nominee(s), designee(s) or assignee(s)), and each other Qualified Bidder will be informed of the previous bid;

(viii) The Auction shall continue until there is only one final offer for the Property that the Broker determines, subject to Bankruptcy Court approval, is the highest and best offer submitted at the Auction from among the Lender (or its nominee(s), designee(s) or assignee(s)) and the other Qualified Bidders (the "Successful Bid"). The bidder submitting such Successful Bid shall become a "Successful Bidder" as to the Property and shall have such rights and responsibilities set forth herein, in the applicable Plan and in the PSA;

(ix) At the end of the Auction, the Broker shall also announce the next highest and otherwise best offer after the Successful Bid (the "Next Highest Bid," and the Qualified Bidder that submitted such bid, the "Next Highest Bidder");

(x) The Proponent reserves the right to seek approval of the Next Highest Bid as a back–up bid and may seek approval at the Sale Hearing to close the Sale to the Next Highest Bidder if the Successful Bidder fails to close for any reason or if it otherwise fails to satisfy any requirements hereof or of the PSA;

(xi) if the Next Highest Bidder is determined by the Broker to have submitted the Next Highest Bid, or next best bid (the "Next Best Bid") at the Auction, it will be considered a back-up bid (the "Backup Bid") and, the Next

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Highest Bidder, therefore, to be designated the back-up bidder (the "Back-up Bidder"), who shall be notified in writing that the Proponent has determined to proceed with the Back-up Bid after default by the Successful Bidder, the Potential Bidder shall close on the purchase of the Property on the Back-up Closing Date (as hereinafter defined), with TIME BEING OF THE ESSENCE AS TO THE BACK-UP BIDDER'S OBLIGATION TO CLOSE AND TO PAY THE BALANCE OF THE PURCHASE PRICE ON THE BACK-UP CLOSING DATE;

(xii) if (a) a Qualified Bidder is a Successful Bidder as to the Property, the Deposit as to the Property shall become non-refundable and shall be forfeited by the Successful Bidder as liquidated damages in the event the Successful Bidder shall fail to close the purchase of the Property on the Closing Date, except as otherwise expressly permitted under the PSA entered into between Debtor (or the Proponent on behalf of Debtor) and the Successful Bidder; and (b) if the Proponent and the Broker determine to proceed with the Back-up Bid after default by the Successful Bidder, the applicable Deposit shall become non-refundable and shall be forfeited by such Back-up Bidder as liquidated damages if the Back-up Bidder shall fail to close the purchase of such Properties on the Backup Closing Date (as defined below), except as otherwise expressly permitted under the PSA entered into between Debtor (or the Proponent on behalf of Debtor) and such Back-up Bidder.

(xiii) If both the Successful Bidder and the Back-up Bidder as to a Property fail to timely close and if the Lender is neither the Successful Bidder or the Back-up Bidder with respect to such Property, the Debtor (or the Proponent

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103107239.3

Case 24-10088-CMA    Doc 211-1    Filed 11/19/24    Ent. 11/19/24 15:10:03    Pg. 12 of 13

on behalf of the Debtor, as provided in the Plan) shall be authorized to close with the Lender on a credit bid.

(xiv) <u>Closing on Back-up Bid</u>. If for any reason the Successful Bidder shall fail to close the sale of the Property timely, and the Proponent determines to proceed with the Back-up Bid, the Back-up Bidder shall close on the purchase of the Property and pay the amount of the Back-up Bid, less its Deposit previously posted, on the later of the Closing Date and twenty one (21) days after written notice of the Successful Bidder's default in closing (the "<u>Back-up Closing Date</u>"), with TIME BEING OF THE ESSENCE AS TO THE BACK-UP BIDDER'S OBLIGATION TO CLOSE ON THE BACK-UP CLOSING DATE AND TO PAY THE BALANCE OF THE PURCHASE PRICE AT THE CLOSING. In any case, the Proponent has until 80 days after the Auction to determine to proceed with the Back-up Bid. If the Proponent proceeds with such Back-up Bid, then the Back-up Bidder shall be obligated to close title to the Property and there shall be no contingency of any kind or nature that will permit the Back-up Bidder not to proceed on the Back-up Closing Date other than the inability of Debtor (or the Proponent on behalf of Debtor) to deliver title to the Property. In the event the Back-up Bidder shall be obliged, but shall fail, to close purchase of the Property timely in accordance with the provisions of the PSA entered into between Debtor (or the Proponent on behalf of Debtor) and the Back-up Bidder, the Back-up Bidder shall be in default, and the Back-up Bidder shall forfeit its Deposit.

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 103107239.3