|  | HONORABLE CHRISTOPHER M. ALSTON |
|---|---|
|  | Chapter 11 |
|  | Hearing Date: November 14, 2024 |
|  | Time: 9:30 a.m. |
|  | Response Date: November 7, 2024 |
|  | Hearing Location: Seattle Federal Courthouse |
|  | 700 Stewart Street, 7th Floor |
|  | Courtroom 7206 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 24-10088-CMA |
|---|---|
| B-1208 PINE, LLC, | **DECLARATION OF DEBORAH A. CRABBE IN CONNECTION WITH FILING PIVOT APARTMENT LENDER, LLC'S REDLINE VERSION OF AMENDED DISCLOSURE STATEMENT FOR PIVOT APARTMENT LENDER LLC'S AMENDED PLAN OF LIQUIDATION FOR THE DEBTOR** |
| Debtor. |  |

DEBORAH A. CRABBE declares as follows:

1. I am an attorney at Foster Garvey P.C. and bankruptcy counsel to Pivot Apartment Lender, LLC ("Pivot"). I have personal knowledge of the facts set forth herein.

2. On behalf of Pivot, I filed Pivot Apartment Lender's First Amended Disclosure Statement for Pivot's Amended Plan of Liquidation (ECF No. 211) (the "First Amended Disclosure Statement").

3. Attached hereto as **Exhibit 1** is a redline version of the First Amended Disclosure Statement with redline versions of **Exhibit A** (Bid Procedures) and **Exhibit B** (Ballot), marked to show all changes from Pivot Apartment Lender LLC's Disclosure Statement for Pivot Apartment Lender, LLC's Plan of Liquidation for the Debtor filed at ECF No. 180 as compared to Pivot Apartment Lender's First Amended Disclosure Statement at ECF No. 211.

DECLARATION- 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 103125992.1

Case 24-10088-CMA    Doc 213    Filed 11/19/24    Ent. 11/19/24 15:57:25    Pg. 1 of 2

4. The marked changes are all of changes made since Pivot's original Disclosure Statement at ECF 180 was filed on October 10, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 19th day of November, 2024.

/s/ Deborah A. Crabbe
Deborah A. Crabbe

DECLARATION- 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700