JAMES L. DAY (WSBA #20474)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jday@bskd.com, rkeeton@bskd.com

HONORABLE CHRISTOPHER M. ALSTON

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

B-1208 PINE, LLC,

Debtor.

Chapter 11

Case No. 24-10088-CMA

**OBJECTION TO CLAIM NO. 3 OF CHRISTINE LEE AND OMAR LEE, NOTICE OF HEARING AND CERTIFICATE OF MAILING**

| | |
|---|---|
| TO: | CHRISTINE LEE AND OMAR LEE |
| AND TO: | THE CLERK OF THE COURT |
| AND TO: | THE HONORABLE CHRISTOPHER M. ALSTON |
| **RESPONSE DUE:** | **THURSDAY, DECEMBER 26, 2024** |
| **HEARING DATE:** | **THURSDAY, JANUARY 2, 2025** |
| **HEARING TIME:** | **9:30 A.M. PACIFIC TIME** |
| **LOCATION:** | **Seattle Federal Courthouse**<br>**Courtroom 7206, 7th Floor**<br>**700 Stewart Street**<br>**Seattle, Washington 98101** |

**NOTICE IS HEREBY GIVEN** that the undersigned has filed an Objection to your claim in the above-captioned Chapter 11 bankruptcy case, as detailed below.

**Your rights may be affected. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to reduce, modify or eliminate your claim, then you or your attorney must file with the Court **on or before December 26, 2024**, a written response to the objection, explaining your position. If your written response is mailed to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above; mail to the following address:

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**U.S. Bankruptcy Court**
**Western District of Washington**
**700 Stewart Street, Suite 6301**
**Seattle, WA 98101**

You must also mail a copy to the undersigned attorney at the address provided above.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Objection and allowance of your claim shall be held on **Thursday, January 2, 2025, at 9:30 a.m. Pacific Time** (the "Hearing") in the United States Bankruptcy Court, located at the **Seattle Federal Courthouse, 700 Stewart Street, Courtroom 7206, 7th Floor, Seattle, Washington**.

**IF YOU OPPOSE** the Objection, you must file your written response with the court clerk and serve it upon the undersigned counsel NOT LATER THAN THE RESPONSE DATE, which is **Thursday, December 26, 2024**.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, SUSTAIN THE OBJECTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE TO YOU, and strike the Hearing.

B-1208 Pine, LLC, debtor in possession in the above-captioned chapter 11 bankruptcy case, objects to the above-named creditor/claimant's claim upon the grounds indicated below:

## OBJECTION TO CLAIM

B-1208 Pine, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), hereby objects to the asserted claim of Christine Lee and Omar Lee ("Claimants") for the reasons set forth below:

1. On January 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this Court.

2. Throughout the pendency of this Chapter 11 Case, the Debtor operated and managed its business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) and the Court's *Order Setting Claims Bar Date* [Docket No. 76], the deadline for non-governmental entities to file a proof of claim in this Chapter 11 Case was April 25, 2024 (the "Claims Bar Date").

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4. Prior to the Claims Bar Date, on March 15, 2024, Claimants filed Proof of Claim No. 3 (the "Proof of Claim," and the asserted claim evidenced thereby, the "Claim") with the Court in the Chapter 11 Case. *See* Proof of Claim No. 3.

5. Claimants assert they hold an unsecured claim against the Debtor in the amount of $4,000,000 (the "Claim Amount") arising from a "promissory note, loan agreement and recorded deed of trust" (collectively, the "Loan Documents"), all of which are attached to the Proof of Claim. *Id.*

6. The Debtor objects to Claim No. 3 of Claimants Christine Lee and Omar Lee on the basis that the Proof of Claim and Loan Documents fail to evidence any claim against the Debtor but, rather, purport to evidence a claim against third party non-debtor Pine Esker, LLC ("Pine Esker"). Pine Esker is not a debtor in this Chapter 11 Case. *See* Fed. R. Bankr. P. 3001(c). Absent submission of any supporting documentation evidencing a claim against the Debtor, the Claim should be disallowed in its entirety.

7. This Objection is limited to the grounds stated herein. The Debtor expressly reserves all further substantive or procedural objections. Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified in this Objection; or (e) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THE STEPS SET FORTH ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DATED this 26th day of November, 2024.

BUSH KORNFELD LLP

By /s/ Richard B. Keeton
James L. Day, WSBA #20474
Richard B. Keeton, WSBA #51537
Attorneys for the Debtor

OBJECTION TO CLAIM NO. 3 OF CHRISTINE LEE AND OMAR LEE, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk24px01xf

**CERTIFICATE OF MAILING**

I certify that on this 26th day of November, 2024, at Seattle, Washington, I caused copies of the *Objection to Claim No. 3 of Christine Lee and Omar Lee, Notice of Hearing and Certificate of Mailing* to be mailed by U.S. First Class Mail, postage pre-paid to:

Christine Lee and Omar Lee
18230 E. Valley Hwy., #195
Kent, WA 98032-1823

and emailed to: christine.greatwallmall@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Eric Yocom*
Eric Yocom

OBJECTION TO CLAIM NO. 3 OF CHRISTINE LEE AND OMAR LEE, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk24px01xf