JAMES L. DAY (WSBA #20474)  HONORABLE CHRISTOPHER M. ALSTON
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jday@bskd.com, rkeeton@bskd.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

B-1208 PINE, LLC,

              Debtor.

Chapter 11

Case No. 24-10088-CMA

**OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF MAILING**

| | |
|---|---|
| TO: | SEATTLE PUBLIC UTILITIES |
| AND TO: | THE CLERK OF THE COURT |
| AND TO: | THE HONORABLE CHRISTOPHER M. ALSTON |
| **RESPONSE DUE:** | **THURSDAY, DECEMBER 26, 2024** |
| **HEARING DATE:** | **THURSDAY, JANUARY 2, 2025** |
| **HEARING TIME:** | **9:30 A.M. PACIFIC TIME** |
| **LOCATION:** | **Seattle Federal Courthouse** |
| | **Courtroom 7206, 7th Floor** |
| | **700 Stewart Street** |
| | **Seattle, Washington 98101** |

      **NOTICE IS HEREBY GIVEN** that the undersigned has filed an Objection to your claim in the above-captioned Chapter 11 bankruptcy case, as detailed below.

      <u>**Your rights may be affected.**</u>  **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

      **PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to reduce, modify or eliminate your claim, then you or your attorney must file with the Court **on or before December 26, 2024**, a written response to the objection, explaining your position.  If your written response is mailed to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above; mail to the following address:

OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC
UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF
MAILING – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk25gv01d7

Case 24-10088-CMA    Doc 220    Filed 11/26/24    Ent. 11/26/24 15:18:18    Pg. 1 of 5

**U.S. Bankruptcy Court
Western District of Washington
700 Stewart Street, Suite 6301
Seattle, WA 98101**

You must also mail a copy to the undersigned attorney at the address provided above.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Objection and allowance of your claim shall be held on **Thursday, January 2, 2025, at 9:30 a.m. Pacific Time** (the "Hearing") in the United States Bankruptcy Court, located at the **Seattle Federal Courthouse, 700 Stewart Street, Courtroom 7206, 7th Floor, Seattle, Washington**.

**IF YOU OPPOSE** the Objection, you must file your written response with the court clerk and serve it upon the undersigned counsel NOT LATER THAN THE RESPONSE DATE, which is **Thursday, December 26, 2024**.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, SUSTAIN THE OBJECTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE TO YOU, and strike the Hearing.

B-1208 Pine, LLC, debtor in possession in the above-captioned chapter 11 bankruptcy case, objects to the above-named creditor/claimant's claim upon the grounds indicated below:

### OBJECTION TO CLAIM

B-1208 Pine, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), hereby objects to the asserted claim of Seattle Public Utilities ("Claimant") for the reasons set forth below:

1. On January 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this Court.

2. Throughout the pendency of this Chapter 11 Case, the Debtor operated and managed its business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) and the Court's *Order Setting Claims Bar Date* [Docket No. 76], the deadline for non-governmental entities to file a proof of claim in this Chapter 11 Case was April 25, 2024 (the "Claims Bar Date").

OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 2

hk25gv01d7

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 24-10088-CMA    Doc 220    Filed 11/26/24    Ent. 11/26/24 15:18:18    Pg. 2 of 5

4. Prior to the Claims Bar Date, on March 28, 2024, Claimant filed Proof of Claim No. 5 (the "March 28 Proof of Claim") with the Court in the Chapter 11 Case. *See* Proof of Claim No. 5.

5. By the March 28 Proof of Claim, Claimant asserts it holds an unsecured claim against the Debtor in the amount of $18,057.70 (the "Claim Amount") based on amounts due and owing for "Water, Sewer, Solid waste & Fire" charges assessed, as evidenced by that certain *Seattle Public Utilities Bill* (the "Invoice"), dated March 22, 2024. *Id.*

6. After the Claims Bar Date, on June 15, 2024, Claimant filed a second proof of claim, Proof of Claim No. 13 (the "June 15 Proof of Claim," and the asserted claim evidenced thereby, the "Claim") with the Court in the Chapter 11 Case. *See* Proof of Claim No. 13.

7. By the June 15 Proof of Claim, Claimant similarly asserts it holds an unsecured claim against the Debtor in the amount of $18,057.70 (the same as the Claim Amount set forth in the March 28 Proof of Claim) also based on amounts due and owing for "Water, Sewer, Solid waste & Fire" charges assessed, evidenced by the same Invoice, dated March 22, 2024, filed in support of the March 28 Proof of Claim. *Id.*

8. The June 15 Proof of Claim states "No" as the answer to whether the claim amends one already filed. *See id.*, at 1, question 4.

9. The Debtor objects to Claim No. 13 of Claimant Seattle Public Utilities on the basis that the June 15 Proof of Claim, and the additional Claim asserted thereby, is a duplicate of the March 28 Proof of Claim, as the Invoice submitted in support of the June 15 Proof of Claim is the same as the Invoice submitted in support of the March 28 Proof of Claim.

10. The Debtor further objects to Claim No. 13 of Claimant Seattle Public Utilities on the basis that it was filed untimely and, therefore, should be disallowed in full. The Claimant's deadline to file a proof of claim was April 25, 2024. *See* Docket No. 76; Fed. R. Bankr. P. 3002(c). A

OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 3

hk25gv01d7

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 24-10088-CMA    Doc 220    Filed 11/26/24    Ent. 11/26/24 15:18:18    Pg. 3 of 5

claimant must file a proof of claim within the prescribed time. Fed. R. Bankr. P. 3002(c)(2). Claimant filed the June 15 Proof of Claim on June 15, 2024, well after the Claims Bar Date. Because Claimant filed the claim late, the Claim should be disallowed. 11 U.S.C. § 502(b)(9); *Zidell v. Forsch (In re Costal Alaska Lines, Inc.)*, 920 F.2d 1428, 1432–33 (9th Cir. 1990); *United States v. Osborne (In re Osborne)*, 76 F.3d 306, 308 (9th Cir. 1996).

11. By this Objection, the Debtor does not object to the Claimant's March 28 Proof of Claim, and such claim asserted therein shall be treated in the chapter 11 plan to the extent allowed.

12. This Objection is limited to the grounds stated herein. The Debtor expressly reserves all further substantive or procedural objections. Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified in this Objection; or (e) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THE STEPS SET FORTH ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.

DATED this 26th day of November, 2024.

BUSH KORNFELD LLP

By  */s/ Richard B. Keeton*
    James L. Day, WSBA #20474
    Richard B. Keeton, WSBA #51537
Attorneys for the Debtor

OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk25gv01d7

Case 24-10088-CMA    Doc 220    Filed 11/26/24    Ent. 11/26/24 15:18:18    Pg. 4 of 5

# CERTIFICATE OF MAILING

I certify that on this 26th day of November, 2024, at Seattle, Washington, I caused copies of the *Objection to Claim No. 13 of Seattle Public Utilities, Notice of Hearing and Certificate of Mailing* to be mailed by U.S. First Class Mail, postage pre-paid to:

> Seattle Public Utilities
> P.O. Box 34018
> Seattle, WA 98124-5177

and emailed to: SPU_Bankruptcy@Seattle.gov.

I declare under penalty of perjury that the foregoing is true and correct.

          /s/ Eric Yocom
          Eric Yocom

OBJECTION TO CLAIM NO. 13 OF SEATTLE PUBLIC UTILITIES, NOTICE OF HEARING AND CERTIFICATE OF MAILING – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk25gv01d7

Case 24-10088-CMA   Doc 220   Filed 11/26/24   Ent. 11/26/24 15:18:18   Pg. 5 of 5